**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____   Chapter ___11___

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Samson Tours Inc, |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | DBA Samson Trailways |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 58-1621722 |

4.   **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3745 Zip Industrial Blvd SE <br> Atlanta, GA 30354 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Fulton | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5.   **Debtor's website** (URL)   https://samsontoursinc.com/

6.   **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Samson Tours Inc,                                                      Case number (if known)
_____
Name

**7.**    **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

___4142___

**8.**    **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**    **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10.**    **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | District | | When | Case number, if known | |

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page 2

Debtor   Samson Tours Inc,                                           Case number (*if known*) _____
_____
Name

---

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds** .

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    Samson Tours Inc,                                        Case number (*if known*) _____
_____
Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    October 6, 2023
_____
MM / DD / YYYY

**X** /s/  John Sambdman                                John Sambdman
_____                    _____
Signature of authorized representative of debtor          Printed name

Title   CEO
_____

**18. Signature of attorney**

**X** /s/ Ian Falcone                                Date   October 6, 2023
_____                    _____
Signature of attorney for debtor                         MM / DD / YYYY

Ian Falcone 254470
_____
Printed name

The Falcone Law Firm, PC
_____
Firm name

363 Lawrence St NE
Marietta, GA 30060-2056
_____
Number, Street, City, State & ZIP Code

Contact phone   (770) 426-9359         Email address   imf@falconefirm.com
_____                    _____

254470 GA
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name _Samson Tours Inc,_____

United States Bankruptcy Court for the: _NORTHERN DISTRICT OF GEORGIA_____

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒  *Schedule H: Codebtors* (Official Form 206H)
☒  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☒  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _October 6, 2023_____    **X** /s/  John Sambdman _____
                                        Signature of individual signing on behalf of debtor

                                        John Sambdman _____
                                        Printed name

                                        CEO _____
                                        Position or relationship to debtor

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Samson Tours Inc, |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express PO Box 60189 City of Industry, CA 91716-0189 | | Credit card purchases | | | | $17,093.57 |
| Bank of America PO Box 672050 Dallas, TX 75267-2050 | | Credit card purchases | | | | $14,807.22 |
| Bridgestone Americas PO Box 70249 Chicago, IL 60673-0249 | | tires | | $3,569.13 | $0.00 | $3,569.13 |
| East Penn Manufacturing PO Box 1976 Norcross, GA 30091 | | parts | | | | $2,046.33 |
| Harold & Kirk Consulting 3745 Zip Industrial Blvd SE Atlanta, GA 30354 | | Rent | | | | $206,500.00 |
| John K. Sambdman 31 Dolphin AVe Ormond Beach, FL 32176 | | personal loan from 401K | | | | $50,000.00 |
| McPherson Companies 5051 Cardinal St Trussville, AL 35173 | | fuel | | | | $50,776.90 |
| Midland State Bank 1801 Park 270 Drive Suite 200 Saint Louis, MO 63146 | | 2021 Ford ADA Van 1FDEE3FK7MDC17525 | | $134,997.75 | $74,390.00 | $60,607.75 |

10/06/23 3:48 PM

| Debtor | Samson Tours Inc, | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Nextwave Enterprises LLC c/o Ferreyros Law PLLC 3785 NW 82 Ave Suite 304 Miami, FL 33166 | | accounts and general intangibles | Disputed | $133,548.25 | $0.00 | $133,548.25 |
| On Deck Capital Inc 4201 Wilson Blvd Ste 110-209 Arlington, VA 22203 | | all property of debtor | | $128,000.00 | $0.00 | $128,000.00 |
| RLI Insurance Company 9025 N. Lindbergh Drive Peoria, IL 61615 | | Insurance residual | Disputed | | | $228,466.00 |
| Sumitomo Mitsui Finance and Leasing Co 666 Third Ave 8th floor New York, NY 10017 | | 2022 Van Hool CX35 YE2XB84B0N3083 055.   $436642 | | $579,636.00 | $436,642.00 | $142,994.00 |
| Sytem Cleaning Service Inc 556 Oak St Atlanta, GA 30354 | | bus cleaning service | | | | $16,457.07 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  Samson Tours Inc,                                              Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| The First Bank 101 N Main St Jonesboro, GA 30236 | | 2015 Bluebird Vision 1BAKGCPAXFF30 5929 $25000needs repairs2015 Bluebird Vision 1BAKGCPA6FF30 5930 $250002015 Bluebird Vision 1BAKGCPA0FF30 5969 $250002015 Bluebird Vision 1BAKGCPA1FF31 4499 $20000 needs repairs2015 Bluebird Vision 1BAKGCPA4FF31 4500 $20000 needs repairs2015 Bluebird Vision 1BAKGCPA6FF31 4501 $20000 2015 Bluebird Vision 1BAKGCPAXFF31 4503 $200002015 Bluebird Vision 1BAKGCPA1FF31 4504 $20000 needs repairs2015 Bluebird Vision 1BAKGCPA0FF31 4512 $20000 2015 Bluebird Vision 1BAKGCPA2FF31 4513 $200002016 Bluebird Vision 1BAKGCPAXGF32 3929 $350002016 Bluebird Vision 1BAKGCPA1GF32 3933 $350002016 Bluebird Vision 1BAKGCPA3GF32 3934 $350002016 Bluebird Vision 1BAKGCPA7GF32 3936 $350002017 Bluebird CV3300 1BAKGCPA6HJ32 5128 $350002017 Bluebird CV3300 1BAKGCPA8HF32 5129 $35000 2003 MCI D4500 1M8PDMPAX3P05 7168 $30002007 MCI J4500 2M93JMDA57W06 3792 $400002018 Volvo 9700 3CET2V920J51880 32 | | $2,279,054.00 | $1,506,000.00 | $773,054.00 |

10/06/23 3:48 PM

| Debtor | Samson Tours Inc, | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| The First Bank 101 N Main St Jonesboro, GA 30236 | | PPP | | | | $93,661.00 |
| Tom H Sambdman 106 John C Hunter Rd Sharpsburg, GA 30277 | | personal loan from HELOC | | | | $20,000.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Samson Tours Inc,

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................    $        0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................    $    4,795,908.29

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................    $    4,795,908.29

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $    5,134,059.51

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $        0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................    +$    699,808.09

4.   **Total liabilities** .................................................................................................
    Lines 2 + 3a + 3b                                                                                        $    5,833,867.60

**Fill in this information to identify the case:**

Debtor name    Samson Tours Inc,

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | First Citizens Bank | Checking | 5468 | $32,044.13 |
| 3.2. | Truist Bank | Checking | 4537 | $68,527.93 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      | $100,572.06 |

**Part 2:**    **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

11.    **Accounts receivable**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Samson Tours Inc, | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

11a. 90 days old or less: _____347,134.76_____ - _____0.00_____ = .... _____$347,134.76_____
face amount                           doubtful or uncollectible accounts

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

$347,134.76

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:** **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Office equipment, computers, shop tools | Unknown | | $110,000.00 |

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**

Add lines 39 through 42.   Copy the total to line 86.

$110,000.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:** **Machinery, equipment, and vehicles**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

10/06/23 3:48 PM

Debtor    Samson Tours Inc,
_____
          Name

Case number *(If known)* _____

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**     **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   2015 Bluebird Vision<br>1BAKGCPAXFF305929 $25000<br>needs repairs | | | |
| 2015 Bluebird Vision<br>1BAKGCPA6FF305930 $25000 | | | |
| 2015 Bluebird Vision<br>1BAKGCPA0FF305969 $25000 | | | |
| 2015 Bluebird Vision<br>1BAKGCPA1FF314499 $20000 needs<br>repairs | | | |
| 2015 Bluebird Vision<br>1BAKGCPA4FF314500 $20000 needs<br>repairs | | | |
| 2015 Bluebird Vision<br>1BAKGCPA6FF314501 $20000<br>2015 Bluebird Vision<br>1BAKGCPAXFF314503 $20000<br>2015 Bluebird Vision<br>1BAKGCPA1FF314504 $20000 needs<br>repairs<br>2015 Bluebird Vision<br>1BAKGCPA0FF314512 $20000<br>2015 Bluebird Vision<br>1BAKGCPA2FF314513 $20000<br>2016 Bluebird Vision<br>1BAKGCPAXGF323929 $35000<br>2016 Bluebird Vision<br>1BAKGCPA1GF323933 $35000<br>2016 Bluebird Vision<br>1BAKGCPA3GF323934 $35000<br>2016 Bluebird Vision<br>1BAKGCPA7GF323936 $35000<br>2017 Bluebird CV3300<br>1BAKGCPA6HJ325128 $35000<br>2017 Bluebird CV3300<br>1BAKGCPA8HF325129 $35000 | $0.00 | | $425,000.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

10/06/23 3:48 PM

| Debtor | Samson Tours Inc, | Case number *(If known)* |
|---|---|---|
| | Name | |

47.2. 2003 MCI D4500 1M8PDMPAX3P055769 $30000
2007 MCI J4500 2M93JMDA57W063792 $40000
2018 Volvo 9700 3CET2V920J5188032 $250000
2018 Volvo 9700 3CET2V929J5188031 $250000
2002 Bluebird FE7200S 1BABHCPA92F205389 $3000 needs repairs
2000 International 3800 1HVBBAAN3YH304188 $3000 needs repairs
2000 International 3800 1HVBBAAN7YH305005 $3000 needs repairs
2000 International 3800 1HBVVAAN0YH305010 $3000 not repairable
2000 International 3800 1HBVVAAN6YH305013 $3000 not repairable
2000 International 3800 1HVBBAAN8YH305014 $3000 needs repairs
2015 Bluebird Vision 1BAKGCPA7FF305970 $25000 needs repairs
1993 Intl-Thomas 3000 1HVBBPLN2PH513128 $2000 not repairable
1993 Intl-Thomas 3000 1HVBBPLN8PH513134 $2000 not repairable
1993 Intl-Thomas 3000 1HVBBPLN1PH513136 $4000 not repairable
1993 INtl-Thomas 3000 1HVBBPLN5PH513138 $4000 needs repairs
1993 Intl-Thomas 3000 1HVBBPLN7PH513142 $4000 needs repair
2015 Bluebird Vision 1BAKGCPA8FF314502 $20000 needs repairs
2015 Bluebird Vision 1BAKGCPA4FF314514 $8000 needs repairs

| | $0.00 | $657,000.00 |
|---|---|---|

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor | Samson Tours Inc, | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

47.3.   2016 Bluebird Vision
1BAKGCPA6GF323930 $30000
not repairable
2016 Bluebird Vision
1BAKGCPA8GF323931 $30000
needs repairs
2016 Bluebird Vision
1BAKGCPAXGF323932 $25000
needs repairs
2016 Bluebird Vision
1BAKGCPA5GF323935 $20000
needs repairs
1997 Ford 1FDX880C6VVA36864 $6000
2012 Ford KK33 1FDUF5GT5CEA73734
$2000
not repairable
2008 BCI Falcon LWECAEAD48S450063
$0 not repairable
2002 MCI D4500 1M8PDMPAX2P054927
$25000
needs repairs
2007 MCI J4500 2M93JMDA67W063770
$40000
needs repairs
2007 MCI J4500 2M93JMDA17W063773
$40000
needs repairs
2007 MCI J4500 2M93JMDA37W063774
$40000
needs repairs
2007 MCI J4500 2M93JMDA97W063794
$40000
needs repairs
2007 MCI J4500 2M93JMDA27W063796
$40000
needs repairs
2007 MCI J4500 2M93JMDAX7W063920
$10000
not repairable
2007 MCI J4500 2M93JMDA47W064352
$40000
needs repairs
1993 International 3000
1HVBBPLN3PH482228 $3000
needs repairs
1993 International 3000
1HVBBPLN3PH482231 $2000
not repairable
2001 International 3800
1HVBBAAN6YH299522 $2000
not repairable
2001 International 3800
1HVBBAAN4YH299535 $2000
not repairable
2013 Dodge Ram 5500
3C7WRMDL9DG598914 $12000
needs repairs
2006 MCI J4500 2M93JMDA56W063466
$40000
not repairable                                                    $0.00                              $424,000.00

Debtor    Samson Tours Inc,
    Name    Case number *(If known)*

| | | | |
|---|---|---|---|
| 47.4. | 2016 Van Hool CX35<br>YE2XB83B8G3048848 $175000<br>2018 Volvo 9700 3CET2V92XJ5189530.<br>$255000 | $0.00 | $430,000.00 |
| 47.5. | 2019 Ford High Top<br>1FBZX2XM6KKA91374 $65000<br>needs repairs<br>1991 Carpenter 1HVBBNDMXMH311224<br>$2000<br>2000 Thomas/IC 3800<br>1HVBBAAN4YH305575 $4000<br>needs repairs<br>2000 Thomas/IC 3800<br>1HVBBAAN2YH305574 $4000<br>needs repairs<br>2000 Thomas/IC 3800<br>1HVBBAAN9YH305569 $4000<br>needs repairs<br>1998 Thomas 1T7HT3B24W1163007<br>$4000 needs repairs<br>1999 IC Series 30 1HVBGAAN5XA086831<br>$4000 needs repairs<br>2008 Ford E450/Senator<br>1FD4E45S18DA57733 $12000<br>2001 Serra S417 WKK138VC811045253<br>$5000 not repairable | $0.00 | $104,000.00 |
| 47.6. | 2022 Van Hool CX35<br>YE2XB84B0N3083055.    $436642 | $0.00 | $436,642.00 |
| 47.7. | 2019 Volvo 9700 3CET2V924K5194708 | $0.00 | $305,000.00 |
| 47.8. | 2019 Volvo 9700 3CET2V927K5192824<br>$420694<br>2019 Volvo 9700 3CET2V925K5195060<br>$420694 | $0.00 | $841,388.00 |
| 47.9. | 2023 Volvo 9700 3CET2W426P5210220 | $0.00 | $400,000.00 |
| 47.10. | 2021 Ford ADA Van<br>1FDEE3FK7MDC17525 | $0.00 | $74,390.00 |

| | | | |
|---|---|---|---|
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | |
| 49. | **Aircraft and accessories** | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | |
| | Shop Tools and Equipment | Unknown | $129,000.00 |

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 6

| Debtor | Samson Tours Inc, | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**51.** **Total of Part 8.**

Add lines 47 through 50.   Copy the total to line 87.

$4,226,420.00

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:**  **Real property**

**54. Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**  **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**  **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

**Current value of debtor's interest**

**71.** **Notes receivable**
Description (include name of obligor)

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.** **Interests in insurance policies or annuities**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Fuel Tax Refunds                                              $11,781.47
Nature of claim
Amount requested                          $0.00

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.** **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$11,781.47

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

Official Form 206A/B                   Schedule A/B Assets - Real and Personal Property                   page  7

10/06/23 3:48 PM

Debtor      Samson Tours Inc,_____      Case number *(If known)* _____
Name

☒ No
☐ Yes

| Debtor | Samson Tours Inc, | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $100,572.06 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $347,134.76 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $110,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $4,226,420.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $11,781.47 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,795,908.29 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,795,908.29 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name: Samson Tours Inc,

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** Atlantic Union Equipment Finance<br>Creditor's Name<br>2475 Northwinds Parkway Suite 330<br>Alpharetta, GA 30009<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>2023 Volvo 9700 3CET2W426P5210220 | $386,651.20 | $400,000.00 |

Creditor's email address, if known

**Describe the lien**
lease

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** Bridgestone Americas<br>Creditor's Name<br><br>PO Box 70249<br>Chicago, IL 60673-0249<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>tires | $3,569.13 | $0.00 |

Creditor's email address, if known

**Describe the lien**
lease

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | Samson Tours Inc, | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.3** | **Midland Lease**

Creditor's Name

1801 Park 270 Drive
Suite 200
Saint Louis, MO 63146

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2016 Van Hool CX35 YE2XB83B8G3048848
$1750002018 Volvo 9700
3CET2V92XJ5189530.        $255000

**Describe the lien**
lease

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$169,731.15        $430,000.00

---

**2.4** | **Midland State Bank**

Creditor's Name

1801 Park 270 Drive
Suite 200
Saint Louis, MO 63146

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2021 Ford ADA Van 1FDEE3FK7MDC17525

**Describe the lien**
motor vehicle lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$134,997.75        $74,390.00

---

**2.5** | **Nextwave Enterprises LLC**
c/o

Creditor's Name

Ferreyros Law PLLC
3785 NW 82 Ave
Suite 304
Miami, FL 33166

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
accounts and general intangibles

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$133,548.25        $0.00

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 2 of 7

Debtor    Samson Tours Inc,                                                Case number (if known) _____
_____
Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☒ Disputed |

---

| 2.6 | On Deck Capital Inc | | |
|---|---|---|---|
| | Creditor's Name | | |

| | | |
|---|---|---|
| 4201 Wilson Blvd Ste 110-209 Arlington, VA 22203 | **Describe debtor's property that is subject to a lien** all property of debtor | $128,000.00 | $0.00 |
| Creditor's mailing address | **Describe the lien** UCC | | |
| | **Is the creditor an insider or related party?** ☒ No ☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?** ☒ No ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| **Date debt was incurred** | | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

---

| 2.7 | Small Business Administration | | |
|---|---|---|---|
| | Creditor's Name | | |

| | | |
|---|---|---|
| 2 North St Suite 320 Birmingham, AL 35203 | **Describe debtor's property that is subject to a lien** All of debtor's personal property except vehicles | $500,000.00 | $0.00 |
| Creditor's mailing address | **Describe the lien** UCC | | |
| | **Is the creditor an insider or related party?** ☒ No ☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?** ☐ No ☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| **Date debt was incurred** 5/6/20 | | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

---

| 2.8 | Sumitomo Mitsui Finance and Leasing Co | | |
|---|---|---|---|
| | Creditor's Name | | |

| | | |
|---|---|---|
| 666 Third Ave 8th floor New York, NY 10017 | **Describe debtor's property that is subject to a lien** 2022 Van Hool CX35 YE2XB84B0N3083055. $436642 | $579,636.00 | $436,642.00 |
| Creditor's mailing address | **Describe the lien** motor vehicle lien | | |
| | **Is the creditor an insider or related party?** ☒ No ☐ Yes | | |
| Creditor's email address, if known | | | |

---

Debtor    Samson Tours Inc,
_____
Name

Case number *(if known)*    _____

| | |
|---|---|
| **Date debt was incurred** | **Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.9 | Sumitomo Mitsui Finance and Leasing Co | | $240,286.07 | $305,000.00 |
|---|---|---|---|---|

Creditor's Name
666 Third Ave
8th floor
New York, NY 10017
_____
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2019 Volvo 9700 3CET2V924K5194708

**Describe the lien**
lease

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.10 | The First Bank | | $2,279,054.00 | $1,506,000.00 |
|---|---|---|---|---|

Creditor's Name
101 N Main St

**Describe debtor's property that is subject to a lien**
2015 Bluebird Vision 1BAKGCPAXFF305929

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 4 of 7

Debtor   Samson Tours Inc,                                                    Case number (if known) _____
         _____
         Name

Jonesboro, GA 30236          $25000needs repairs2015 Bluebird Vision
1BAKGCPA6FF305930 $250002015 Bluebird
Vision 1BAKGCPA0FF305969 $250002015
Bluebird Vision 1BAKGCPA1FF314499 $20000
needs repairs2015 Bluebird Vision
1BAKGCPA4FF314500 $20000 needs
repairs2015 Bluebird Vision
1BAKGCPA6FF314501 $20000 2015 Bluebird
Vision 1BAKGCPAXFF314503 $200002015
Bluebird Vision 1BAKGCPA1FF314504 $20000
needs repairs2015 Bluebird Vision
1BAKGCPA0FF314512 $20000 2015 Bluebird
Vision 1BAKGCPA2FF314513 $200002016
Bluebird Vision 1BAKGCPAXGF323929
$350002016 Bluebird Vision
1BAKGCPA1GF323933 $350002016 Bluebird
Vision 1BAKGCPA3GF323934 $350002016
Bluebird Vision 1BAKGCPA7GF323936
$350002017 Bluebird CV3300
1BAKGCPA6HJ325128 $350002017 Bluebird
CV3300 1BAKGCPA8HF325129 $35000; 2003
MCI D4500 1M8PDMPAX3P055769
$300002007 MCI J4500 2M93JMDA57W063792
$400002018 Volvo 9700 3CET2V920J5188032
$2500002018 Volvo 9700 3CET2V929J5188031
$2500002002 Bluebird FE7200S
1BABHCPA92F205389 $3000needs repairs2000
International 3800 1HVBBAAN3YH304188
$3000needs repairs2000 International 3800
1HVBBAAN7YH305005 $3000 needs
repairs2000 International 3800
1HBVVAAN0YH305010 $3000not
repairable2000 International 3800
1HBVVAAN6YH305013 $3000 not
repairable2000 International 3800
1HVBBAAN8YH305014 $3000needs
repairs2015 Bluebird Vision
1BAKGCPA7FF305970 $25000needs
repairs1993 Intl-Thomas 3000
1HVBBPLN2PH513128 $2000not
repairable1993 Intl-Thomas 3000
1HVBBPLN8PH513134 $2000not
repairable1993 Intl-Thomas 3000
1HVBBPLN1PH513136 $4000not
repairable1993 INtl-Thomas 3000
1HVBBPLN5PH513138 $4000needs
repairs1993 Intl-Thomas 3000
1HVBBPLN7PH513142 $4000needs repair2015
Bluebird Vision 1BAKGCPA8FF314502
$20000needs repairs2015 Bluebird Vision
1BAKGCPA4FF314514 $8000needs repairs;
2016 Bluebird Vision 1BAKGCPA6GF323930
$30000not repairable2016 Bluebird Vision
1BAKGCPA8GF323931 $30000needs
repairs2016 Bluebird Vision
1BAKGCPAXGF323932 $25000needs
repairs2016 Bluebird Vision
1BAKGCPA5GF323935 $20000needs
repairs1997 Ford 1FDX880C6VVA36864
$60002012 Ford KK33 1FDUF5GT5CEA73734
$2000not repairable2008 BCI Falcon
LWECAEAD48S450063 $0 not repairable2002
MCI D4500 1M8PDMPAX2P054927
$25000needs repairs2007 MCI J4500

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page 5 of 7

Debtor    Samson Tours Inc,                                                 Case number (if known) _____
            Name

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>motor vehicle liens |
| | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred** | |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.1<br>1 | Truist | **Describe debtor's property that is subject to a lien**<br>Accounts, ARs, inventory | $172,978.95 | $68,527.93 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name<br>Truist Item Processing<br>Center<br>PO Box 580050<br>Charlotte, NC 28258-0050 | |
| Creditor's mailing address | **Describe the lien**<br>UCC |
| | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred** | |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.1<br>2 | VFS Leasing Co-Volvo | **Describe debtor's property that is subject to a lien**<br>2019 Volvo 9700 3CET2V927K5192824<br>$4206942019 Volvo 9700 3CET2V925K5195060<br>$420694 | $405,607.01 | $841,388.00 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name<br>7025 Albert Pick Rd<br>Suite 105<br>PO Box 26131<br>Greensboro, NC 27402-6131 | |
| Creditor's mailing address | **Describe the lien**<br>lease |
| | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred** | |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 6 of 7

| Debtor | Samson Tours Inc, | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $5,134,059.51 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Merrick Garland<br>Attorney General of the U.S<br>U.S. Department of Justice<br>950 Pennsylvania Ave NW<br><br>Washington, DC 20530-0001 | Line  2.7 | |
| The First Bank<br>300 S Main St<br>Hinesville, GA 31313 | Line  2.10 | |
| United States Attorney<br>Northern District of GA, Civil Process Clerk<br>75 Ted Turner Dr, SW, Suite 600<br>Atlanta, GA 30303-3309 | Line  2.7 | |
| US Small Business Administration c/o<br>Terri L. Denison, District Director<br>GA District Office<br>233 Peachtree St NE, #300<br>Atlanta, GA 30303 | Line  2.7 | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     Samson Tours Inc,

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☒ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>American Express<br>PO Box 60189<br>City of Industry, CA 91716-0189 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17,093.57 |
|---|---|---|---|
| | **Date(s) debt was incurred** __ | **Basis for the claim:**  Credit card purchases | |
| | **Last 4 digits of account number**  3001 | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>Bank of America<br>PO Box 672050<br>Dallas, TX 75267-2050 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14,807.22 |
|---|---|---|---|
| | **Date(s) debt was incurred** __ | **Basis for the claim:**  Credit card purchases | |
| | **Last 4 digits of account number**  9322 | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>East Penn Manufacturing<br>PO Box 1976<br>Norcross, GA 30091 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,046.33 |
|---|---|---|---|
| | **Date(s) debt was incurred** __ | **Basis for the claim:**  parts | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>Harold & Kirk Consulting<br>3745 Zip Industrial Blvd SE<br>Atlanta, GA 30354 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $206,500.00 |
|---|---|---|---|
| | **Date(s) debt was incurred**  Jan 2020 - Sep 2023 | **Basis for the claim:**  Rent | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>John K. Sambdman<br>31 Dolphin AVe<br>Ormond Beach, FL 32176 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $50,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** __ | **Basis for the claim:**  personal loan from 401K | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| Debtor | Samson Tours Inc, | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,776.90 |
|---|---|---|---|

McPherson Companies
5051 Cardinal St
Trussville, AL 35173

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _fuel_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $228,466.00 |
|---|---|---|---|

RLI Insurance Company
9025 N. Lindbergh Drive
Peoria, IL 61615

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _2021-2022 insurance year_

**Basis for the claim:** _Insurance residual_

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☒ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,457.07 |
|---|---|---|---|

Sytem Cleaning Service Inc
556 Oak St
Atlanta, GA 30354

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _bus cleaning service_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $93,661.00 |
|---|---|---|---|

The First Bank
101 N Main St
Jonesboro, GA 30236

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _PPP_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |
|---|---|---|---|

Tom H Sambdman
106 John C Hunter Rd
Sharpsburg, GA 30277

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _personal loan from HELOC_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | RLI Insurance Company
2970 Clairmont Ave, NE
Atlanta, GA 30329 | Line _3.7_
☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 699,808.09 |
| 5c. Total of Parts 1 and 2
Lines 5a + 5b = 5c. | 5c. | $ | 699,808.09 |

---

**Fill in this information to identify the case:**

Debtor name       Samson Tours Inc,

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — vehicle lease | |
| State the term remaining — expires 10.31.2028 | Atlantic Union Equipment Finance |
| List the contract number of any government contract | 2475 Northwinds Parkway Suite 330 Alpharetta, GA 30009 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — financial consulting services | |
| State the term remaining — open ended | |
| List the contract number of any government contract | B2B CFO Partners LLC 1089 Bridge Mill Ave Canton, GA 30114 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — Lease for premises | |
| State the term remaining — open ended | |
| List the contract number of any government contract | Harold & Kirk Consulting 3745 Zip Industrial Blvd SE Atlanta, GA 30354 |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — Construction Transportation Contract | |
| State the term remaining — open ended-estimated one year | JE Dunn Construction Company Attn:   Nicki Coates |
| List the contract number of any government contract | 1001 Locust Street Kansas City, MO 64106 |

Debtor 1   Samson Tours Inc,
_____
First Name          Middle Name          Last Name

Case number (if known) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | vehicle lease | |
|---|---|---|---|
| | State the term remaining | expires 4.30.2027 | Midland Lease |
| | List the contract number of any government contract | _____ | 1801 Park 270 Drive Suite 200 Saint Louis, MO 63146 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | School Bus Route Contract | |
|---|---|---|---|
| | State the term remaining | Expires May 31, 2024 | Purpose Built Schools Atlanta Attn: James Flagg |
| | List the contract number of any government contract | _____ | 1670 Benjamin Weldon Bickers Drive SE Atlanta, GA 30315 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | vehicle lease | |
|---|---|---|---|
| | State the term remaining | expires 5.31.27 | Sumitomo Mitsui Financing and Leasing Co 666 Third Ave |
| | List the contract number of any government contract | _____ | 8th Floor New York, NY 10017 |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | consulting for bookkeeping and operational support services | |
|---|---|---|---|
| | State the term remaining | month-to-month | Supporting Strategies |
| | List the contract number of any government contract | _____ | 458 Indian Hills Trail Marietta, GA 30068 |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | subcontractor agreement for border services transportation starting 10.5.23, 10.10.23, 10.13.23 and 10.17.23 | |
|---|---|---|---|
| | State the term remaining | 1 year | |
| | List the contract number of any government contract | _____ | Transportation Management Services Inc |

Debtor 1  Samson Tours Inc,                                                                 Case number *(if known)* _____
          First Name        Middle Name         Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | vehicle leases | |
|---|---|---|---|
| | State the term remaining | expires 5.31.2026 | VFS Leasing Co-Volvo 7025 Albert Pick Rd Suite 105 |
| | List the contract number of any government contract | | PO Box 26131 Greensboro, NC 27402-6131 |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | School Bus Route Contract | |
|---|---|---|---|
| | State the term remaining | Expires May 31, 2024 | Wings for Kids 1465 Northside Drive. STE 212 |
| | List the contract number of any government contract | | Atlanta, GA 30318 |

**Fill in this information to identify the case:**

Debtor name ___Samson Tours Inc,___

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF GEORGIA___

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.12 | John Sambdman | | American Express | ☐ D _____<br>☒ E/F __3.1__<br>☐ G _____ |
| 2.13 | John Sambdman | | Bank of America | ☐ D _____<br>☒ E/F __3.2__<br>☐ G _____ |
| 2.14 | John Sambdman | | The First Bank | ☐ D _____<br>☒ E/F __3.9__<br>☐ G _____ |
| 2.15 | John Sambdman | | Small Business Administration | ☒ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | John Sambdman | | Truist | ☒ D __2.11__<br>☐ E/F _____<br>☐ G _____ |
| 2.17 | John Sambdman | | Atlantic Union Equipment Finance | ☒ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | Samson Tours Inc, | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| 2.18 | John Sambdman | Sumitomo Mitsui Finance and Leasing Co | ☒ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |
| 2.19 | John Sambdman | Nextwave Enterprises LLC c/o | ☒ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.20 | Kevin Sambdman | Truist | ☒ D ___2.11___<br>☐ E/F _____<br>☐ G _____ |
| 2.21 | Kevin Sambdman | Atlantic Union Equipment Finance | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.22 | Kevin Sambdman | Sumitomo Mitsui Finance and Leasing Co | ☒ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |
| 2.23 | Patricia Sambdman | Midland Lease | ☒ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.24 | Patricia Sambdman | Sumitomo Mitsui Finance and Leasing Co | ☒ D ___2.9___<br>☐ E/F _____<br>☐ G _____ |
| 2.25 | Patricia Sambdman | Midland State Bank | ☒ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.26 | Thomas Sambdman | Truist | ☒ D ___2.11___<br>☐ E/F _____<br>☐ G _____ |
| 2.27 | Thomas Sambdman | Atlantic Union Equipment Finance | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | Samson Tours Inc, | | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.    Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.28 | Thomas Sambdman | Sumitomo Mitsui Finance and Leasing Co | ☒ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.29 | Thomas Sambdman | Nextwave Enterprises LLC c/o | ☒ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.30 | Wilhelm M Sambdman Jr (deceased) | The First Bank | ☒ D __2.10__<br>☐ E/F _____<br>☐ G _____ |
| 2.31 | Wilhelm M Sambdman Jr (deceased) | Nextwave Enterprises LLC c/o | ☒ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.32 | Wilhelm M Sambdman Jr (deceased) | VFS Leasing Co-Volvo | ☒ D __2.12__<br>☐ E/F _____<br>☐ G _____ |
| 2.33 | Wilhelm M Sambdman Jr (deceased) | Midland State Bank | ☒ D __2.4__<br>☐ E/F _____<br>☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name **Samson Tours Inc,**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number (if known)

☐ Check if this is an
amended filing

---

<u>Official Form 207</u>

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2023 to Filing Date | ☒ Operating a business<br><br>☐ Other | $4,320,228.40 |
| For prior year:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br><br>☐ Other | $5,446,165.35 |
| For year before that:<br>From 01/01/2021 to 12/31/2021 | ☒ Operating a business<br><br>☐ Other | $3,307,246.94 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

---

Debtor    Samson Tours Inc,                                                Case number *(if known)*_____

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    SEE ATTACHMENT | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

---

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    Nextwave Enterprises LLC v. Samson Tours<br>2022-023165-CA-01 | Contract | Circuit Court 11th Judicial Circuit for Miami Dade Circuit, Florida | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.2. | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Samson Tours Inc, | Case number *(if known)* | |
|---|---|---|---|

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |
|---|---|

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | The Falcone Law Firm PC | | September 2023 | $30,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

| Debtor | Samson Tours Inc, | Case number *(if known)* | |
|---|---|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | | Dates of occupancy From-To |
|---|---|---|

---

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**   **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor   Samson Tours Inc,                                                  Case number *(if known)* _____

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

Debtor    Samson Tours Inc,                                                          Case number *(if known)* _____

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   Supporting Strategies 458 Indian Hills Trail Marietta, GA 30068 | |
| 26a.2.   Barnett & Stegall LLC 244 Roswell Street Suite 400 Marietta, GA 30060 | |
| 26a.3.   JQ Tax Service 1640 Powers Ferry Road Bldg 19.    Suite 700 Marietta, GA 30067-9469 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

### 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John K. Sambdman | 31 Dolphin Ave Ormond Beach, FL 32176 | CEO | 22.33 |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Thomas H. Sambdman | 106 JOhn C. Hunter Stockbridge, GA 30277 | CMO | 22.33 |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Kevin M. Sambdman | 262 Walden Pond Senoia, GA 30276 | CTO | 22.33 |

10/06/23 3:48 PM

Debtor    Samson Tours Inc,                                          Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Mary Patricia Sambdman | 147 Fairway Drive<br>Newnan, GA 30265 | N/A | 33.33 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | John Sambdman<br><br>**Relationship to debtor** | 12,500 | June 2, 2023,<br>July 2, 2023 | Distributions |
| 30.2. | Thomas Sambdman<br><br>**Relationship to debtor** | 12500 | June 2, 2023<br>and July 2,<br>2023 | Distributions |
| 30.3. | Kevin Sambdman<br><br>**Relationship to debtor** | $12,500 | June 2, 2023<br>and July 2,<br>2023 | Distributions |
| 30.4. | Mary Patricia Sambdman<br><br>**Relationship to debtor** | $18470.15 | June 2, 2023<br>and July 2,<br>2023 | Dsitributions |
| 30.5. | John Sambdman<br><br>**Relationship to debtor**<br>CEO | $80774.40 | Jan-Sept 2023 | salary |
| 30.6. | Kevin Sambdman<br><br>**Relationship to debtor**<br>CTO | $80,774.40 | Jan-Sept 2023 | salary |

10/06/23 3:48 PM

Debtor    Samson Tours Inc,                                          Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.7 | Tom Sambdman | $80,774.40 | Jan-Sept 2023 | salary |
| | Relationship to debtor | | | |
| | CMO | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on       October 6, 2023

/s/   John Sambdman                                      John Sambdman
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor      CEO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

Table 1

| Account # | Post Date | Creditor | Description | Payment Method | Amount Paid | | |
|---|---|---|---|---|---|---|---|
| | | | | | $  (1,200,352.63) | | |
| Truist4537' | 07/03/2023 | CONS COLL MCPHERSON COMPA3 7123SAMSON TOURS INC ACH DEBIT | Fuel | Debit | $  (1,622.27) | | |
| Truist4537' | 07/03/2023 | EARTHLINK LLC 07-03 888-327-8454TX 1236 DEBIT CARD RECURRING PYMT | Internet | POS | $  (99.65) | | |
| Truist4537' | 07/03/2023 | Payroll PRO SOURCE INC mson SAMSON TOURS ACH DEBIT | PRO SOURCE INC - Payroll | Debit | $  (7,802.70) | | |
| XXXXXXX5468 | 07/03/2023 | BANKCARD MTHLY FEES **********3553 | authorize.net Merchant fees | | $  4,513.30 | | |
| Truist4537' | 07/05/2023 | 91381 Payoneer Inc. 555328024 INTERNET PAYMENT | Contract Labor | Debit | $  (244.58) | | |
| Truist4537' | 07/05/2023 | 91381 Payoneer Inc. 555328027 INTERNET PAYMENT | Contract Labor | Debit | $  (213.20) | | |
| Truist4537' | 07/05/2023 | ACH DEBIT PAYONEER INC 555328037INTERNET PAYMENT | Contract Labor | Debit | $  (715.74) | | |
| Truist4537' | 07/05/2023 | ACH DEBIT PAYONEER INC 555328091INTERNET PAYMENT | Contract Labor | Debit | $  (461.47) | | |
| Truist4537' | 07/05/2023 | ATT* BILL PAYMENT 07-04 800-331-0500 TX 1236 DEBIT CARD RECURRING PYMT | AT&T internet | POS | $  (351.59) | | |
| Truist4537' | 07/05/2023 | AUTH PAYME SUMITOMO MITSUI SAMSON TOURS INC. ACH CORP DEBIT | Vehicle Purchase - 83055 | Debit | $  (6,198.81) | | |
| Truist4537' | 07/05/2023 | COMM LOANS TRUIST 9542586599/0000000006 ACH CORP DEBIT | Truist LOC | Debit | $  (5,631.71) | | |
| Truist4537' | 07/05/2023 | DR MARTY PETS 07-04 800-6701839CA 1236 DEBIT CARD PURCHASE | Pet Food | POS | $  (169.01) | | |
| Truist4537' | 07/05/2023 | STATE FARM INSURA 07-04 800-956-6310 IL 1236 DEBIT CARD PURCHASE | Auto Insurance | POS | $  (111.75) | | |
| XXXXXXX5468 | 07/05/2023 | AUTHNET GATEWAY BILLING ******5414 | authorize.net Merchant fees | | $  44.40 | | |
| Truist7004 | 07/05/2023 | APPS_COMME GOOGLE US003VCK3J RECURRING INTERNET PAYMENT | Google - G Suites subscription | | ($332.33) | | |
| Truist7009 | 07/05/2023 | COPERS CANON 4150462 TELEPHONEPAYMENT | Canon - copiers contract | | ($216.67) | | |
| Truist7013 | 07/05/2023 | COPERS CANON 4152030 TELEPHONEPAYMENT | Canon - copiers contract | | ($117.48) | | |
| Truist7015 | 07/05/2023 | BILLING BILL.COM LLC Samson Tours Inc. ACH CORP DEBIT | bill.com - subscription | | ($40.99) | | |
| Truist7017 | 07/05/2023 | BILLING AUTHNET GATEWAY SAMSON TOURS INC ACH CORP DEBIT | authorize.net - Merchant Gateway charges | | ($25.00) | | |
| Truist4537' | 07/06/2023 | BILLNG MERCH BANKCARD SAMSON TOURS INC ACH CORP DEBIT | Merchant Account Fee | Debit | $  (129.90) | | |
| Truist4537' | 07/06/2023 | PAYMENT TO CREDIT CARD ***********0631 07-06-23 BUS ONLINE CREDIT CARD PMT | Payment to Truist CC0631 - Parts | Debit | $  (3,500.00) | | |
| Truist4537' | 07/06/2023 | WIRE REF# 20230706-00003885 BUSONLINE DOMESTIC WIRE | Wire to fund Divvy Account – Driver Trip Expenses | Debit | $  (1,500.00) | | |
| bill.com | 07/06/2023 | O2 PLUS | O2 tanks rental | Vendor Direct Virtual Card | $  (25.92) | | |
| bill.com | 07/06/2023 | O2 PLUS | RI 5230095 | Vendor Direct Virtual Card | $  (25.92) | | |
| XXXXXXX5468 | 07/06/2023 | WIRE TRANSFER REF NUMBER = 0002710 | Sent money from First Citizens to Truist to cover payroll | | $  (20,000.00) | | |
| XXXXXXX5468 | 07/06/2023 | WIRE TRANSFER REF NUMBER = 001725 | Sent money from First Citizens to Truist to cover loan payments | | $  (15,000.00) | | |
| Truist4537' | 07/07/2023 | Bill.com Supporting Strat SamsonTours Inc. ACH CORP DEBIT | Supporting Strategies - Accounting service | Debit | $  (1,117.20) | | |
| Truist4537' | 07/07/2023 | DOUBLE GOOD POPCOR 07-07 HTTPSWWW.DOUB IL 1236 DEBIT CARD PURCHASE | Food & Entertainment | POS | $  (221.80) | | |
| Truist4537' | 07/07/2023 | GPC EFT GPC 8FPK Samson Tours Inc ACH DEBIT | GA Power - Utilities | Debit | $  (1,039.59) | | |
| Truist4537' | 07/07/2023 | GPC EFT GPC 9FPK Samson Tours Inc ACH DEBIT | GA Power - Utilities | Debit | $  (53.07) | | |
| Truist4537' | 07/07/2023 | IN *CRAIG SAFETY 07-06 913-4691700 MO 1236 DEBIT CARD PURCHASE | Setup fee for Compliance Safety manager | POS | $  (299.00) | | |
| Truist4537' | 07/07/2023 | SP BISTRO MD 07-07 HTTPSWWW.BISTFL 1236 DEBIT CARD RECURRING PYMT | Food & Entertainment - Office | POS | $  (207.35) | | |
| Truist4537' | 07/07/2023 | WKLYCLIENT TEAM ONE OPERATI SAMSON TRUIST ACH CORP DEBIT | Team One Logistics - Payroll | Debit | $  (53,101.55) | | |
| bill.com | 07/07/2023 | McPherson Companies | Fuel | BILL EFT | $  (2,927.39) | | |
| bill.com | 07/07/2023 | Sytem Cleaning Service, INC | Cleaning Services - Buses | BILL EFT | $  (5,630.42) | | |
| bill.com | 07/07/2023 | McPherson Companies | 1082606 | BILL EFT | $  (2,927.39) | | |
| bill.com | 07/07/2023 | Sytem Cleaning Service, INC | 301588 | BILL EFT | $  (5,630.42) | | |
| XXXXXXX5468 | 07/07/2023 | WIRE TRANSFER REF NUMBER = 000196 | Distribution to Kevin Sambdman | | $  (6,250.00) | | |
| XXXXXXX5468 | 07/07/2023 | WIRE TRANSFER REF NUMBER = 000197 | Distribution to John Sambdman | | $  (6,250.00) | | |
| XXXXXXX5468 | 07/07/2023 | WIRE TRANSFER REF NUMBER = 000208 | Distribution to Tom Sambdman | | $  (6,250.00) | | |
| XXXXXXX5468 | 07/07/2023 | WIRE TRANSFER REF NUMBER = 000210 | Distribution to Pat Sambdman | | $  (9,235.07) | | |
| Truist4537' | 07/10/2023 | ATT* BILL PAYMENT 07-08 800-331-0500 TX 1236 DEBIT CARD RECURRING PYMT | AT&T - internet | POS | $  (1,276.00) | | |
| Truist4537' | 07/10/2023 | ATT* BILL PAYMENT 07-07 800-288-2020 TX 1236 DEBIT CARD RECURRING PYMT | AT&T - internet | POS | $  (55.78) | | |
| Truist4537' | 07/10/2023 | Bill.com Supporting Strat H&K Consulting ACH CORP DEBIT | Supporting Strategies - Accounting service | Debit | $  (25.00) | | |
| Truist4537' | 07/11/2023 | GPC EFT GPC 4FPK Samson Tours Inc ACH DEBIT | GA Power - Utilities | Debit | $  (390.92) | | |
| Truist4537' | 07/11/2023 | GSCCCA 07-10 404-327-9058 GA 1236 DEBIT CARD RECURRING PYMT | GSCCA - Subscription | POS | $  (11.95) | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Truist4537¹ | 07/11/2023 | PCS SVC T-MOBILE 5623731 RECURRING INTERNET PAYMENT | T-Mobile - phones and tracking devices | Debit | $ (2,787.60) | |
| Truist4537¹ | 07/12/2023 | 91912 Payoneer Inc. 557902031 INTERNET PAYMENT | Contract Labor | Debit | $ (211.77) | |
| Truist4537¹ | 07/12/2023 | 91912 Payoneer Inc. 5579021ZS INTERNET PAYMENT | Contract Labor | Debit | $ (242.94) | |
| Truist4537¹ | 07/12/2023 | ACH DEBIT PAYONEER INC 557901966INTERNET PAYMENT | Contract Labor | Debit | $ (786.58) | |
| Truist4537¹ | 07/12/2023 | ACH DEBIT PAYONEER INC 557975652INTERNET PAYMENT | Contract Labor | Debit | $ (458.38) | |
| Truist4537¹ | 07/12/2023 | CITY OF ATL-WATERS 07-11 404-546-0311 GA 1236 DEBIT CARD PURCHASE | Utilities | POS | $ (11.41) | |
| Truist4537¹ | 07/12/2023 | DR MARTY PETS 07-11 800-6701839CA 1236 DEBIT CARD PURCHASE | Pet Food | POS | $ (331.64) | |
| Truist4537¹ | 07/12/2023 | ONLINE PMT BK OF AMER MC SAMBDMAN JOHN ACH CORP DEBIT | Bank of America - John S CC | Debit | $ (1,000.00) | |
| Truist4537¹ | 07/12/2023 | PAYMENT SBA EIDL LOAN JOHN SAMBDMAN CORP DEBIT | SBA EIDL payment | Debit | $ (2,437.00) | |
| Truist4537¹ | 07/12/2023 | PAYMENT TO CREDIT CARD ***********0631 07-12-23 BUS ONLINE CREDIT CARD PMT | Payment to Truist CC0631 - Parts | Debit | $ (4,771.18) | |
| XXXXXX5468 | 07/12/2023 | WIRE TRANSFER REF NUMBER = 000396 0 | payment to The First Bank to cover two EIDL payments | | $ (8,745.78) | |
| Truist4537¹ | 07/13/2023 | FUGU SUSHI RESTAUR 07-12 386-6797760 FL 1236 DEBIT CARD PURCHASE | Food & Entertainment | POS | $ (137.02) | |
| bill.com | 07/13/2023 | McPherson Companies | Fuel | BILL EFT | $ (7,175.89) | |
| bill.com | 07/13/2023 | Stephen Nevin - B2B CFO | Steve Nevin - Professional Services | BILL EFT | $ (1,272.00) | |
| bill.com | 07/13/2023 | Sytem Cleaning Service, INC | Cleaning Services - Buses | BILL EFT | $ (5,298.00) | |
| bill.com | 07/13/2023 | McPherson Companies | 1081365 | BILL EFT | $ (7,175.89) | |
| bill.com | 07/13/2023 | Stephen Nevin - B2B CFO | 071023SN | BILL EFT | $ (1,272.00) | |
| bill.com | 07/13/2023 | Sytem Cleaning Service, INC | 301590 | BILL EFT | $ (5,298.00) | |
| XXXXXX5468 | 07/13/2023 | WIRE TRANSFER REF NUMBER = 000948 0 | Sent money from First Citizens to Truist to cover payroll | | $ (20,000.00) | |
| XXXXXX5468 | 07/13/2023 | WIRE TRANSFER REF NUMBER = 002015 0 | Sent money from First Citizens to Truist to cover bills | | $ (10,100.00) | |
| Truist4537¹ | 07/14/2023 | 4045460311 CITY OF ATL - WA 3HC3SAMSON TOURS INC ACH DEBIT | City of Atlanta - Water, utilities | Debit | $ (349.02) | |
| Truist4537¹ | 07/14/2023 | Andrea Maurer PAYMENT ID BBT184360023 ZELLE BUSINESS PAYMENT TO | Contract Labor - Driver for Mom | Debit | $ (202.45) | |
| Truist4537¹ | 07/14/2023 | Payroll PRO SOURCE INC mson SAMSON TOURS ACH DEBIT | PRO SOURCE INC - Payroll | Debit | $ (643.00) | |
| Truist4537¹ | 07/14/2023 | Payroll PRO SOURCE INC mson SAMSON TOURS ACH DEBIT | PRO SOURCE INC - Payroll | Debit | $ (4,345.16) | |
| Truist4537¹ | 07/14/2023 | SP BISTRO MD 07-14 HTTPSWWW.BISTFL 1236 DEBIT CARD RECURRING PYMT | Food & Entertainment - Office | POS | $ (207.35) | |
| Truist4537¹ | 07/14/2023 | SQ *ELAN MANAGEMEN 07-13 gosq.com GA 1236 DEBIT CARD PURCHASE | | POS | $ (165.60) | |
| Truist4537¹ | 07/14/2023 | WKLYCLIENT TEAM ONE OPERATI SAMSON TRUIST ACH CORP DEBIT | Team One Logistics - Payroll | Debit | $ (39,923.42) | |
| Truist4537¹ | 07/17/2023 | ALLIANZ TRAVEL INS 07-14 ALLIANZINS.US VA 1236 DEBIT CARD PURCHASE | Allianz Travel - Driver Travel Expenses | POS | $ (32.25) | |
| Truist4537¹ | 07/17/2023 | ALLIANZ TRAVEL INS 07-15 ALLIANZINS.US VA 1236 DEBIT CARD PURCHASE | Allianz Travel - Driver Travel Expenses | POS | $ (36.27) | |
| Truist4537¹ | 07/17/2023 | ALLIANZ TRAVEL INS 07-15 ALLIANZINS.US VA 1236 DEBIT CARD PURCHASE | Allianz Travel - Driver Travel Expenses | POS | $ (24.50) | |
| Truist4537¹ | 07/17/2023 | ALLIANZ TRAVEL INS 07-15 ALLIANZINS.US VA 1236 DEBIT CARD PURCHASE | Allianz Travel - Driver Travel Expenses | POS | $ (19.85) | |
| Truist4537¹ | 07/17/2023 | AMERICAN AIR001063 07-15 FORT WORTH TX 1236 DEBIT CARD PURCHASE | American Air - Driver Travel Expenses | POS | $ (27.32) | |
| Truist4537¹ | 07/17/2023 | AMERICAN AIR001246 07-15 FORT WORTH TX 1236 DEBIT CARD PURCHASE | American Air - Driver Travel Expenses | POS | $ (243.70) | |
| Truist4537¹ | 07/17/2023 | AUTH PAYME SUMITOMO MITSUI SAMSON TOURS INC. ACH CORP DEBIT | Vehicle Lease - 94708 | Debit | $ (4,215.51) | |
| Truist4537¹ | 07/17/2023 | CONS COLL MCPHERSON COMPA3 7123SAMSON TOURS INC ACH DEBIT | Fuel | Debit | $ (3,554.82) | |
| Truist4537¹ | 07/17/2023 | CR CD PMT TRUIST BANK SAMBDMAN ACH CORP DEBIT | CC payment | Debit | $ (755.00) | |
| Truist4537¹ | 07/17/2023 | DELTA 006410 07-14 800-221-1212GA 1236 DEBIT CARD PURCHASE | Driver Travel Expenses | POS | $ (9.99) | |
| Truist4537¹ | 07/17/2023 | DELTA AIR 006212 07-14 DELTA.COMCA 1236 DEBIT CARD PURCHASE | Driver Travel Expenses | POS | $ (467.80) | |
| Truist4537¹ | 07/17/2023 | DELTA AIR 006212 07-14 DELTA.COMCA 1236 DEBIT CARD PURCHASE | Driver Travel Expenses | POS | $ (518.20) | |
| Truist4537¹ | 07/17/2023 | DELTA AIR 006212 07-14 DELTA.COMCA 1236 DEBIT CARD PURCHASE | Driver Travel Expenses | POS | $ (323.90) | |
| Truist4537¹ | 07/17/2023 | DELTA AIR 006212 07-15 DELTA.COMCA 1236 DEBIT CARD PURCHASE | Driver Travel Expenses | POS | $ (175.00) | |
| Truist4537¹ | 07/17/2023 | DELTA AIR UPGRAD 07-15 DELTA.COMCA 1236 DEBIT CARD PURCHASE | Driver Travel Expenses | POS | $ (9.68) | |
| Truist4537¹ | 07/17/2023 | REBUILDER MEDICAL 07-13 304-7252202 WV 1236 DEBIT CARD PURCHASE | Rebulder Medical - Medical device for John Sambdman | POS | $ (202.28) | |
| Truist4537¹ | 07/17/2023 | SQ *TANGO'S ORMOND 07-15 OrmondBeach FL 1236 DEBIT CARD PURCHASE | Food & Entertainment | POS | $ (73.63) | |
| Truist4537¹ | 07/17/2023 | TAX PMT FULTON CNTY TAX HAROLD KIRK CONSULTIN ACH CORP DEBIT | Property Tax | Debit | $ (397.00) | |

| Truist4537' | 07/17/2023 | YANCEY POWER MOREL 07-13 678-9454057 GA 1236 DEBIT CARD PURCHASE | Yancey Power - Parts and Labor | POS | $ | (10,100.00) |
| XXXXXX5468 | 07/17/2023 | WIRE TRANSFER REF NUMBER = 000171 | Wire to fund Divvy Account - Driver Trip Expenses | | $ | (5,000.00) |
| Truist4537' | 07/18/2023 | WWP*ANTICIMEX GA F 07-17 770-592-1121 GA 1236 DEBIT CARD PURCHASE | Anticimex - Pest Control | POS | $ | (112.00) |
| Truist4537' | 07/19/2023 | 92431 Payoneer Inc. 560577945 INTERNET PAYMENT | Contract Labor | Debit | $ | (469.02) |
| Truist4537' | 07/19/2023 | 92431 Payoneer Inc. 560577964 INTERNET PAYMENT | Contract Labor | Debit | $ | (835.79) |
| Truist4537' | 07/19/2023 | 92431 Payoneer Inc. 560577978 INTERNET PAYMENT | Contract Labor | Debit | $ | (216.69) |
| Truist4537' | 07/19/2023 | 92435 Payoneer Inc. 560589805 INTERNET PAYMENT | Contract Labor | Debit | $ | (248.58) |
| Truist4537' | 07/19/2023 | Bill.com Supporting Strat H&K Consulting ACH CORP DEBIT | Supporting Strategies - Accounting service | Debit | $ | (45.60) |
| Truist4537' | 07/19/2023 | Bill.com Supporting Strat SamsonTours Inc. ACH CORP DEBIT | Supporting Strategies - Accounting service | Debit | $ | (433.20) |
| XXXXXX5468 | 07/19/2023 | WIRE TRANSFER REF NUMBER = 000912 | Wire from Harold & Kirk account to FirstCitizens5468 to cover payroll | | $ | (3,000.00) |
| Truist4537' | 07/20/2023 | ACH PMT AMEX EPAYMENT JOHN SAMBDMAN ACH CORP DEBIT | American Express - John S CC - parts | Debit | $ | (144.07) |
| Truist4537' | 07/20/2023 | eCheck Blue Sky Law Samson ToursInc ACH CORP DEBIT | Blue Sky Law - Legal Representation | Debit | $ | (1,892.50) |
| Truist4537' | 07/20/2023 | eCheck Blue Sky Law Samson ToursInc ACH CORP DEBIT | Blue Sky Law - Legal Representation | Debit | $ | (3,060.00) |
| Truist4537' | 07/20/2023 | GA TX PYMT GEORGIA ITS TAX SAMSON TRAILWAYS ACH CORP DEBIT | GA DOR - Sales Tax | Debit | $ | (2,318.49) |
| Truist4537' | 07/20/2023 | WIRE REF# 20230720-00003789 BUSONLINE DOMESTIC WIRE | Wire to fund Divvy Account - Driver Trip Expenses | Debit | $ | (1,500.00) |
| XXXXXX5468 | 07/20/2023 | POS SIG 07/19 VISA #5387 HRSOLUTIONSATLANTA HTTPSWWW.HRSO GA | HR Solutions - professional services | | $ | 1,625.00 |
| Truist4537' | 07/21/2023 | ATT* SERVICE 07-20 800-456-6000NJ 1236 DEBIT CARD PURCHASE | AT&T - internet | POS | $ | (608.66) |
| Truist4537' | 07/21/2023 | MOTOROLA SOLUTIONS 07-20 631-792-1749 IL 1236 DEBIT CARD PURCHASE | Motorola - Radios communication | POS | $ | (767.00) |
| Truist4537' | 07/21/2023 | SERVICE CHARGES - PRIOR PERIOD | Truist Bank Fees | Fee | $ | (435.16) |
| Truist4537' | 07/21/2023 | SP BISTRO MD 07-21 HTTPSWWW.BISTFL 1236 DEBIT CARD RECURRING PYMT | Food & Entertainment - Office | POS | $ | (207.35) |
| Truist4537' | 07/21/2023 | WKLYCLIENT TEAM ONE OPERATI SAMSON TRUIST ACH CORP DEBIT | Team One Logistics - Payroll | Debit | $ | (39,923.40) |
| Truist4537' | 07/24/2023 | ATT*BUS PHONE PMT 07-22 800-288-2020 TX 1236 DEBIT CARD RECURRING PYMT | AT&T - internet | POS | $ | (190.00) |
| Truist4537' | 07/24/2023 | BUC-EE'S #46 07-21 SAINT AUGUSTIFL 1236 DEBIT CARD PURCHASE | Fuel | POS | $ | (41.60) |
| Truist4537' | 07/24/2023 | BUC-EE'S #46 200 WORLD 07-21-23SAINT AUGUSTI 1236 DEBIT CARD PURCHASE-PIN | Fuel | POS | $ | (21.59) |
| Truist4537' | 07/24/2023 | BUC-EE'S #51 07-22 FORT VALLEY GA 1236 DEBIT CARD PURCHASE | Fuel | POS | $ | (38.50) |
| Truist4537' | 07/24/2023 | BUC-EE'S #51 7001 RUSS 07-21-23FORT VALLEY 1236 DEBIT CARD PURCHASE-PIN | Fuel | POS | $ | (8.63) |
| Truist4537' | 07/24/2023 | HP *INSTANT INK 07-21 855-785-2777 CA 1236 DEBIT CARD RECURRING PYMT | HP - Office Supplies | POS | $ | (1.05) |
| Truist4537' | 07/24/2023 | PAYMENT TO CREDIT CARD ***********0631 07-24-23 TRUIST APP CREDIT CARD PMT | Payment to Truist CC0631 - Parts | Debit | $ | (4,000.00) |
| Truist4537' | 07/24/2023 | PUBLIX SUPER MAR 5370 CAM 07-22-23 FAIRBURN GA 1236 DEBIT CARD PURCHASE-PIN | Food & Entertainment - Office | POS | $ | (214.88) |
| Truist4537' | 07/24/2023 | STATE FARM INSURA 07-22 800-956-6310 IL 1236 DEBIT CARD PURCHASE | Auto Insurance | POS | $ | (645.32) |
| Truist4537' | 07/24/2023 | TRADER ON THE STRE 07-22 TRADERONTHEST UT 1236 DEBIT CARD RECURRING PYMT | Trader On the Street - Subscription | POS | $ | (35.00) |
| Truist4537' | 07/25/2023 | Andrea Maurer PAYMENT ID BBT185849715 ZELLE BUSINESS PAYMENT TO | Contract Labor - Driver for Mom | Debit | $ | (97.77) |
| Truist4537' | 07/25/2023 | Bill.com Supporting Strat SamsonTours Inc. ACH CORP DEBIT | Supporting Strategies - Accounting service | Debit | $ | (144.40) |
| Truist4537' | 07/25/2023 | E-CHECK THE BRAIN TRUST 4053 Samson Tours ACH DEBIT | Dues - The Brain Trust | Debit | $ | (944.00) |
| Truist4537' | 07/25/2023 | LEASE PYMT Contract Payment SAMSON TOURS INC. ACH CORP DEBIT | Midland Lease - unit 48848 | Debit | $ | (2,999.95) |
| Truist4537' | 07/25/2023 | LEASE PYMT Contract Payment SAMSON TOURS INC. ACH CORP DEBIT | Midland Lease - unit 89530 | Debit | $ | (3,771.79) |
| Truist4537' | 07/25/2023 | MCDONALD'S F7665 07-24 HAPEVILLEGA 1236 DEBIT CARD PURCHASE | Food & Entertainment | POS | $ | (10.12) |
| Truist4537' | 07/25/2023 | NUTRISYSTEM 07-24 800-585-5483 PA 1236 DEBIT CARD RECURRING PYMT | Nutrisystem - food for Mom | POS | $ | (458.33) |
| Truist4537' | 07/25/2023 | P2P EVE JOHN SAMBDMAN INTERNET PAYMENT | Payment to cover John Sambdman medical treatment | Debit | $ | (500.00) |
| Truist4537' | 07/25/2023 | PUBLIX SUPER MAR 5370 CAM 07-24-23 FAIRBURN GA 1236 DEBIT CARD PURCHASE-PIN | Food & Entertainment - Office | POS | $ | (156.49) |
| Truist4537' | 07/25/2023 | VENDOR PMT Great American-G 7280GreatAmer ACH DEBIT | Great American - Property Insurance | Debit | $ | (410.00) |
| Truist4537' | 07/25/2023 | WAL-MART SUPER CENTER 07-24-23 UNION CITY 1236 DEBIT CARD PURCHASE-PIN | Walmart - Office Supplies | POS | $ | (69.33) |
| XXXXXX5468 | 07/25/2023 | WIRE TRANSFER REF NUMBER = 000656 | RLI Transportation - July 2023 AL premium payment | | $ | (54,143.16) |

| Account | Date | Description | Memo | Type | Amount | |
|---|---|---|---|---|---|---|
| Truist4537' | 07/26/2023 | 92913 Payoneer Inc. 563183044 INTERNET PAYMENT | Contract Labor | Debit | $ (468.04) | |
| Truist4537' | 07/26/2023 | 92913 Payoneer Inc. 563183068 INTERNET PAYMENT | Contract Labor | Debit | $ (779.99) | |
| Truist4537' | 07/26/2023 | 92913 Payoneer Inc. 563183085 INTERNET PAYMENT | Contract Labor | Debit | $ (216.23) | |
| Truist4537' | 07/26/2023 | 92913 Payoneer Inc. 563183106 INTERNET PAYMENT | Contract Labor | Debit | $ (248.06) | |
| Truist4537' | 07/26/2023 | TACO PETE BISTRO 07-25 ATLANTA GA 1236 DEBIT CARD PURCHASE | Taco Pete Bistro - Food & Entertainment Office | POS | $ (34.84) | |
| Truist4537' | 07/26/2023 | WWP'ANTICIMEX GA F 07-25 770-592-1121 GA 1236 DEBIT CARD PURCHASE | Anticimex - Pest Control | POS | $ (150.00) | |
| Truist4537' | 07/27/2023 | HP 'INSTANT INK 07-26 855-785-2777 CA 1236 DEBIT CARD RECURRING PYMT | HP - Office Supplies | POS | $ (4.25) | |
| Truist4537' | 07/27/2023 | QUENCH USA INC. 07-25 888-5542782 PA 1236 DEBIT CARD PURCHASE | QUENCH USA - Drinking water for office | POS | $ (2,395.52) | |
| XXXXXX5468 | 07/27/2023 | WIRE TRANSFER REF NUMBER = 000823 0 | Sent money from First Citizens to Truist to cover bills | | $ (20,000.00) | |
| Truist7011 | 07/27/2023 | BUS ONLINE ACH SETTLEMENT | Sam the Dog - Donation | | ($160.00) | |
| Truist4537' | 07/28/2023 | ACH PMT AMEX EPAYMENT JOHN SAMBDMAN ACH CORP DEBIT | American Express - John S CC - parts | Debit | $ (925.00) | |
| Truist4537' | 07/28/2023 | MIDLAND CONTRACT PAYMENT SAMSONTOURS INC. ACH CORP DEBIT | Midland Purchase | Debit | $ (1,472.67) | |
| Truist4537' | 07/28/2023 | PAYMENT TO CREDIT CARD ***********0631 07-28-23 BUS ONLINE CREDIT CARD PMT | Payment to Truist CC0631 - Parts | Debit | $ (4,000.00) | |
| Truist4537' | 07/28/2023 | Payroll PRO SOURCE INC mson SAMSON TOURS ACH DEBIT | PRO SOURCE INC - Payroll | Debit | $ (4,702.31) | |
| Truist4537' | 07/28/2023 | SP BISTRO MD 07-28 HTTPSWWW.BISTFL 1236 DEBIT CARD RECURRING PYMT | Food & Entertainment - Office | POS | $ (207.35) | |
| Truist4537' | 07/28/2023 | US ACH PMG Samson Tour PHMG ACHCORP DEBIT | PHMG Corp - Subscription phone on hold music | Debit | $ (292.50) | |
| Truist4537' | 07/28/2023 | WKLYCLIENT TEAM ONE OPERATI SAMSON TRUIST ACH CORP DEBIT | Team One Logistics - Payroll | Debit | $ (46,404.35) | |
| Truist4537' | 07/31/2023 | AUTH PAYME Atlantic Union SamsonTours Inc. ACH CORP DEBIT | Atlantic Union - Lease Payment on 10220 | Debit | $ (6,584.88) | |
| Truist4537' | 07/31/2023 | CHEVRON 0381423 07-29 FAIRBURN GA 1236 DEBIT CARD PURCHASE | Fuel | POS | $ (174.68) | |
| Truist4537' | 07/31/2023 | CONS.COLL MCPHERSON COMPA3 7123SAMSON TOURS INC ACH DEBIT | Fuel | Debit | $ (977.15) | |
| Truist4537' | 07/31/2023 | Kescha Evans PAYMENT ID BBT186349408 ZELLE BUSINESS PAYMENT TO | Kesha Evans - Advance on Safety Bonus | Debit | $ (500.00) | |
| Truist4537' | 07/31/2023 | MOBILE TO ****9991 - TRUIST ONLINE TRANSFER | Payment to cover Samson Lifecycle Account | Debit | $ (5,500.00) | |
| Truist4537' | 07/31/2023 | ONLINE TO ****9991 - TRUIST ONLINE TRANSFER | Payment to cover Samson Lifecycle Account | Debit | $ (4,000.00) | |
| Truist4537' | 07/31/2023 | PAYMENTS VERIZON WIRELESS 000000002223383100000001 ACH CORP DEBIT | Verizon Wireless - Phones | Debit | $ (258.60) | |
| Truist4537' | 07/31/2023 | QUENCH USA INC. 07-27 888-5542782 PA 1236 DEBIT CARD PURCHASE | QUENCH USA - Drinking water for office | POS | $ (175.87) | |
| Truist4537' | 07/31/2023 | SLICE'PIZZAWINGSFA 07-31 SLICELIFE.COM NY 1236 DEBIT CARD PURCHASE | Food & Entertainment - Office | POS | $ (50.17) | |
| Truist4537' | 07/31/2023 | U-HAULHORIZON AUTO 07-29 COLLEGEPAR GA 1236 DEBIT CARD PURCHASE | U-Haul - Truck Rental | POS | $ (1,045.47) | |
| Truist4537' | 07/31/2023 | WAL-MART SUPER CENTER 07-28-23 EAST POINT 1236 DEBIT CARD PURCHASE-PIN | Walmart - Office Supplies | POS | $ (118.62) | |
| Truist4537' | 07/31/2023 | ZAXBY'S #31501 07-30 770-969-7172 GA 1236 DEBIT CARD PURCHASE | Zaxby's - Food & Entertainment Office | POS | $ (51.03) | |
| XXXXXX5468 | 07/31/2023 | Digital Banking Fees | First Citizens Bank Fees | | $ 195.00 | |
| Truist4537' | 08/01/2023 | Bill.com Supporting Strat H&K Consulting ACH CORP DEBIT | Supporting Strategies - Accounting service | Debit | $ (22.80) | |
| Truist4537' | 08/01/2023 | Bill.com Supporting Strat SamsonTours Inc. ACH CORP DEBIT | Supporting Strategies - Accounting service | Debit | $ (820.80) | |
| Truist4537' | 08/01/2023 | BUC-EE'S #51 7001 RUSS 07-31-23FORT VALLEY 1236 DEBIT CARD PURCHASE-PIN | Fuel | POS | $ (4.79) | |
| Truist4537' | 08/01/2023 | BUC-EE'S #51 7001 RUSS 07-31-23FORT VALLEY 1236 DEBIT CARD PURCHASE-PIN | Fuel | POS | $ (72.92) | |
| Truist4537' | 08/01/2023 | MOBILE TO ****9991 - TRUIST ONLINE TRANSFER | Payment to cover Samson Lifecycle Account | Debit | $ (500.00) | |
| Truist4537' | 08/01/2023 | Payroll PRO SOURCE INC mson SAMSON TOURS ACH DEBIT | PRO SOURCE INC - Payroll | Debit | $ (7,383.63) | |
| XXXXXX5468 | 08/01/2023 | BANKCARD MTHLY FEES **********3553 | authorize.net Merchant fees | | $ 3,872.97 | |
| Truist4537' | 08/02/2023 | 93436 Payoneer Inc. 565826326 INTERNET PAYMENT | Contract Labor | Debit | $ (466.08) | |
| Truist4537' | 08/02/2023 | 93469 Payoneer Inc. 565920094 INTERNET PAYMENT | Contract Labor | Debit | $ (753.64) | |
| Truist4537' | 08/02/2023 | 93469 Payoneer Inc. 565920277 INTERNET PAYMENT | Contract Labor | Debit | $ (247.02) | |
| Truist4537' | 08/02/2023 | 93469 Payoneer Inc. 565920426 INTERNET PAYMENT | Contract Labor | Debit | $ (215.33) | |
| Truist4537' | 08/02/2023 | BUC-EE'S #51 07-31 FORT VALLEY GA 1236 DEBIT CARD PURCHASE | Fuel | POS | $ (46.33) | |
| Truist4537' | 08/02/2023 | IN *CRAIG SAFETY 08-01 913-4691700 MO 1236 DEBIT CARD PURCHASE | Setup fee for Compliance Safety manager | POS | $ (572.00) | |
| XXXXXX5468 | 08/02/2023 | AUTHNET GATEWAY BILLING *****0087 | authorize.net Merchant fees | | $ 44.10 | |
| Truist7018 | 08/02/2023 | BILLING AUTHNET GATEWAY SAMSON TOURS INC ACH CORP DEBIT | authorize.net - Merchant Gateway charges | | ($25.00) | |
| Truist4537' | 08/03/2023 | EARTHLINK LLC 08-03 888-327-8454TX 1236 DEBIT CARD RECURRING PYMT | Internet | POS | $ (99.65) | |

| Account | Date | Description | Memo | Type | Amount | | |
|---|---|---|---|---|---|---|---|
| Truist4537' | 08/03/2023 | HAMPTON INN 08-01 478-9539443 GA1236 DEBIT CARD PURCHASE | Driver Trip Expenses | POS | $ (185.84) | | |
| Truist4537' | 08/03/2023 | STATE FARM INSURA 08-02 800-956-6310 IL 1236 DEBIT CARD RECURRING PYMT | Auto Insurance | POS | $ (111.75) | | |
| Truist4537' | 08/03/2023 | UBER TRIP 08-02 HELP.UBER.COM CA1236 DEBIT CARD PURCHASE | UBER Trip - Driver trip expenses | POS | $ (13.60) | | |
| Truist4537' | 08/03/2023 | WIRE REF# 20230803-00003829 BUSONLINE DOMESTIC WIRE | Wire to fund Divvy Account - Driver Trip Expenses | Debit | $ (1,500.00) | | |
| XXXXXX5468 | 08/03/2023 | WIRE TRANSFER REF NUMBER = 000914 0 | Sent money from First Citizens to Truist to cover payroll | | $ (25,000.00) | | |
| Truist7007 | 08/03/2023 | COPIERS CANON 2085581 TELEPHONEPAYMENT | Canon - copiers contract | | ($250.86) | | |
| Truist7010 | 08/03/2023 | COPIERS CANON 2091981 TELEPHONEPAYMENT | Canon - copiers contract | | ($213.21) | | |
| Truist7016 | 08/03/2023 | BILLING BILL.COM LLC Samson Tours Inc. ACH CORP CREDIT | bill.com - subscription | | ($34.45) | | |
| Truist4537' | 08/04/2023 | DR MARTY PETS 08-03 800-6701839CA 1236 DEBIT CARD PURCHASE | Pet Food | POS | $ (169.01) | | |
| Truist4537' | 08/04/2023 | SP BISTRO MD 08-04 HTTPSWWW.BISTFL 1236 DEBIT CARD RECURRING PYMT | Food & Entertainment - Office | POS | $ (207.35) | | |
| Truist4537' | 08/04/2023 | U-HAUL DAYTONA BEA 08-02 DAYTONABEACH FL 1236 DEBIT CARD PURCHASE | U-Haul - Truck Rental | POS | $ (69.90) | | |
| Truist4537' | 08/04/2023 | WKLYCLIENT TEAM ONE OPERATI SAMSON TRUIST ACH CORP DEBIT | Team One Logistics - Payroll | Debit | $ (46,404.35) | | |
| XXXXXX5468 | 08/04/2023 | WIRE TRANSFER REF NUMBER = 000485 0 | Sent money from First Citizens to Truist to cover bills | | $ (6,000.00) | | |
| Truist4537' | 08/07/2023 | ATT* BILL PAYMENT 08-04 800-331-0500 TX 1236 DEBIT CARD RECURRING PYMT | AT&T - internet | POS | $ (209.31) | | |
| Truist4537' | 08/07/2023 | ATT*BILL PAYMENT 08-06 800-288-2020 TX 1236 DEBIT CARD RECURRING PYMT | AT&T - internet | POS | $ (55.78) | | |
| Truist4537' | 08/07/2023 | AUTH PAYME SUMITOMO MITSUI SAMSON TOURS INC. ACH CORP DEBIT | Vehicle Purchase - 83055 | Debit | $ (6,198.81) | | |
| Truist4537' | 08/07/2023 | GPC EFT GPC 8FPK Samson Tours Inc ACH DEBIT | GA Power - Utilities | Debit | $ (1,215.22) | | |
| Truist4537' | 08/07/2023 | GPC EFT GPC 9FPK Samson Tours Inc ACH DEBIT | GA Power - Utilities | Debit | $ (53.97) | | |
| Truist4537' | 08/07/2023 | LEASE/RENT VTFNA INC. -001 SAMSON TOURS INC. ACH DEBIT | Volvo Lease - double payment on units 92824 and 95060 | Debit | $ (24,455.74) | | |
| Truist4537' | 08/07/2023 | PRE3A129071 08-05-23 ORMOND BEACH 1236 ATM NETWORK CASH WITHDRAWAL | Petty Cash | ATM | $ (102.95) | | |
| Truist7005 | 08/07/2023 | APPS_COMME GOOGLE US003VY4E8 RECURRING INTERNET PAYMENT | Google - G Suites subscription | | ($332.33) | | |
| Truist4537' | 08/08/2023 | BILLNG MERCH BANKCARD SAMSON TOURS INC ACH CORP DEBIT | Merchant Account Fee | Debit | $ (129.90) | | |
| Truist4537' | 08/09/2023 | 94072 Payoneer Inc. 568683331 INTERNET PAYMENT | Contract Labor | Debit | $ (209.66) | | |
| Truist4537' | 08/09/2023 | 94072 Payoneer Inc. 568683364 INTERNET PAYMENT | Contract Labor | Debit | $ (240.52) | | |
| Truist4537' | 08/09/2023 | 94074 Payoneer Inc. 568695000 INTERNET PAYMENT | Contract Labor | Debit | $ (453.81) | | |
| Truist4537' | 08/09/2023 | 94075 Payoneer Inc. 568695098 INTERNET PAYMENT | Contract Labor | Debit | $ (726.32) | | |
| Truist4537' | 08/09/2023 | ATT* BILL PAYMENT 08-08 800-331-0500 TX 1236 DEBIT CARD RECURRING PYMT | AT&T - internet | POS | $ (1,365.86) | | |
| Truist4537' | 08/09/2023 | Bill.com Supporting Strat H&K Consulting ACH CORP DEBIT | Supporting Strategies - Accounting service | Debit | $ (25.00) | | |
| Truist4537' | 08/09/2023 | GPC EFT GPC 4FPK Samson Tours Inc ACH DEBIT | GA Power - Utilities | Debit | $ (390.92) | | |
| XXXXXX5468 | 08/10/2023 | WIRE TRANSFER REF NUMBER = 000819 0 | Sent money from First Citizens to Truist to cover bills | | $ (18,000.00) | | |
| Truist4537' | 08/11/2023 | 1PASSWORD 08-10 TORONTO ON 1236DEBIT CARD RECURRING PYMT | 1Password - Subscription, Software | POS | $ (287.28) | | |
| Truist4537' | 08/11/2023 | 1PASSWORD 08-10 TORONTO ON 1236INT'L SERVICE ASSESSMENT FEE | 1Password - Subscription, Software | Debit | $ (8.62) | | |
| Truist4537' | 08/11/2023 | GSCCA 08-10 404-327-9058 GA 1236 DEBIT CARD RECURRING PYMT | GSCCA - Subscription | POS | $ (11.95) | | |
| Truist4537' | 08/11/2023 | Payroll PRO SOURCE INC mson SAMSON TOURS ACH DEBIT | PRO SOURCE INC - Payroll | Debit | $ (1,926.65) | | |
| Truist4537' | 08/11/2023 | Payroll PRO SOURCE INC mson SAMSON TOURS ACH DEBIT | PRO SOURCE INC - Payroll | Debit | $ (5,342.23) | | |
| Truist4537' | 08/11/2023 | PCS SVC T-MOBILE 4308948 RECURRING INTERNET PAYMENT | T-Mobile - phones and tracking devices | Debit | $ (2,787.60) | | |
| Truist4537' | 08/11/2023 | SP BISTRO MD 08-11 HTTPSWWW.BISTFL 1236 DEBIT CARD RECURRING PYMT | Food & Entertainment - Office | POS | $ (207.35) | | |
| Truist4537' | 08/11/2023 | WKLYCLIENT TEAM ONE OPERATI SAMSON TRUIST ACH CORP DEBIT | Team One Logistics - Payroll | Debit | $ (24,588.97) | | |
| bill.com | 08/11/2023 | McPherson Companies | Fuel | BILL EFT | $ (4,129.18) | | |
| bill.com | 08/11/2023 | McPherson Companies | 1083513 | BILL EFT | $ (4,129.18) | | |
| Truist4537' | 08/14/2023 | 4045460311 CITY OF ATL - WA D3P!SAMSON TOURS INC ACH DEBIT | City of Atlanta - Water, utilities | Debit | $ (232.43) | | |
| Truist4537' | 08/14/2023 | CONS COLL MCPHERSON COMPA3 7123SAMSON TOURS INC ACH DEBIT | Fuel | Debit | $ (3,220.34) | | |
| Truist4537' | 08/14/2023 | DR MARTY PETS 08-11 800-6701839CA 1236 DEBIT CARD PURCHASE | Pet Food | POS | $ (331.64) | | |
| Truist4537' | 08/14/2023 | ONLINE PMT BK OF AMER MC SAMBDMAN JOHN ACH CORP DEBIT | Bank of America - John S CC | Debit | $ (1,000.00) | | |
| Truist4537' | 08/14/2023 | PAYMENT SBA EIDL LOAN JOHN SAMBDMAN ACH CORP DEBIT | SBA EIDL payment | Debit | $ (2,437.00) | | |
| Truist4537' | 08/14/2023 | QUENCH USA INC. 08-10 888-5542782 PA 1236 DEBIT CARD PURCHASE | QUENCH USA - Drinking water for office | POS | $ (195.87) | | |

| Account | Date | Description | Category | Type | Amount | | |
|---|---|---|---|---|---|---|---|
| Truist4537' | 08/15/2023 | AUTH PAYME SUMITOMO MITSUI SAMSON TOURS INC. ACH CORP DEBIT | Vehicle Lease - 94708 | Debit | $ (4,215.51) | | |
| Truist4537' | 08/15/2023 | CR CD PMT TRUIST BANK SAMBDMAN ACH CORP DEBIT | CC payment | Debit | $ (744.00) | | |
| Truist4537' | 08/16/2023 | Bill.com Supporting Strat H&K Consulting ACH CORP DEBIT | Supporting Strategies - Accounting service | Debit | $ (15.20) | | |
| Truist4537' | 08/16/2023 | Bill.com Supporting Strat SamsonTours ACH CORP DEBIT | Supporting Strategies - Accounting service | Debit | $ (577.60) | | |
| Truist4537' | 08/17/2023 | 94661 Payoneer Inc. 571784653 INTERNET PAYMENT | Contract Labor | Debit | $ (762.32) | | |
| Truist4537' | 08/17/2023 | 94661 Payoneer Inc. 571784750 INTERNET PAYMENT | Contract Labor | Debit | $ (448.55) | | |
| Truist4537' | 08/17/2023 | 94661 Payoneer Inc. 571784804 INTERNET PAYMENT | Contract Labor | Debit | $ (207.23) | | |
| Truist4537' | 08/17/2023 | 94661 Payoneer Inc. 571784824 INTERNET PAYMENT | Contract Labor | Debit | $ (237.73) | | |
| Truist4537' | 08/17/2023 | KNOX PEST CONTROL 08-15 888-6891079 GA 1236 DEBIT CARD PURCHASE | Pest Control Service | POS | $ (100.00) | | |
| Truist4537' | 08/17/2023 | WIRE REF# 20230817-00003358 BUSONLINE DOMESTIC WIRE | Wire to fund Divvy Account – Driver Trip Expenses | Debit | $ (1,500.00) | | |
| XXXXXX5468 | 08/17/2023 | WIRE TRANSFER REF NUMBER = 001232 0 | Sent money from First Citizens to Truist to cover bills | Debit | $ (5,000.00) | | |
| Truist4537' | 08/18/2023 | SP BISTRO MD 08-18 HTTPSWWW.BISTFL 1236 DEBIT CARD RECURRING PYMT | Food & Entertainment - Office | POS | $ (207.35) | | |
| Truist4537' | 08/18/2023 | WKLYCLIENT TEAM ONE OPERATI SAMSON TRUIST ACH CORP DEBIT | Team One Logistics - Payroll | Debit | $ (24,588.97) | | |
| bill.com | 08/18/2023 | Sytem Cleaning Service, INC | Cleaning Services - Buses | BILL EFT | $ (5,524.80) | | |
| bill.com | 08/18/2023 | Sytem Cleaning Service, INC | 301592 | BILL EFT | $ (5,524.80) | | |
| Truist4537' | 08/21/2023 | SERVICE CHARGES - PRIOR PERIOD | Truist Bank Fees | Fee | $ (331.00) | | |
| bill.com | 08/21/2023 | McPherson Companies | Fuel | BILL EFT | $ (4,309.02) | | |
| bill.com | 08/21/2023 | Stephen Nevin – B2B CFO | Steve Nevin - Professional Services | BILL EFT | $ (1,643.00) | | |
| bill.com | 08/21/2023 | Sytem Cleaning Service, INC | Cleaning Services - Buses | BILL EFT | $ (5,612.61) | | |
| bill.com | 08/21/2023 | McPherson Companies | 1083185 | BILL EFT | $ (4,309.02) | | |
| bill.com | 08/21/2023 | Stephen Nevin – B2B CFO | 080723SN | BILL EFT | $ (1,643.00) | | |
| bill.com | 08/21/2023 | Sytem Cleaning Service, INC | 301593 | BILL EFT | $ (5,612.61) | | |
| Truist4537' | 08/22/2023 | GA TX PYMT GEORGIA ITS TAX SAMSON TRAILWAYS ACH CORP DEBIT | GA DOR - Sales Tax | Debit | $ (1,457.10) | | |
| Truist4537' | 08/22/2023 | HP *INSTANT INK 08-21 855-785-2777 CA 1236 DEBIT CARD RECURRING PYMT | HP - Office Supplies | POS | $ (1.05) | | |
| Truist4537' | 08/23/2023 | 95119 Payoneer Inc. 573957952 INTERNET PAYMENT | Contract Labor | Debit | $ (452.71) | | |
| Truist4537' | 08/23/2023 | 95120 Payoneer Inc. 573963009 INTERNET PAYMENT | Contract Labor | Debit | $ (239.94) | | |
| Truist4537' | 08/23/2023 | 95120 Payoneer Inc. 573963032 INTERNET PAYMENT | Contract Labor | Debit | $ (717.09) | | |
| Truist4537' | 08/23/2023 | 95120 Payoneer Inc. 573963073 INTERNET PAYMENT | Contract Labor | Debit | $ (209.15) | | |
| Truist4537' | 08/23/2023 | P2P EVE JOHN SAMBDMAN INTERNET PAYMENT | Payment to cover John Sambdman medical treatment | Debit | $ (500.00) | | |
| Truist4537' | 08/23/2023 | PEACHTREE CITY II BRANCH #2 08-22-23 1574 TRUIST ATM CASH WITHDRAWAL | Petty Cash | ATM | $ (600.00) | | |
| Truist4537' | 08/23/2023 | TRADER ON THE STRE 08-22 TRADERONTHEST UT 1236 DEBIT CARD RECURRING PYMT | Trader On the Street - Subscription | POS | $ (35.00) | | |
| Truist4537' | 08/24/2023 | LEASE PYMT Contract Payment SAMSON TOURS INC. ACH CORP DEBIT | Midland Lease - unit 48848 | Debit | $ (2,999.95) | | |
| Truist4537' | 08/24/2023 | LEASE PYMT Contract Payment SAMSON TOURS INC. ACH CORP DEBIT | Midland Lease - unit 89530 | Debit | $ (3,771.79) | | |
| Truist4537' | 08/25/2023 | Andrea Maurer PAYMENT ID BBT190358099 ZELLE BUSINESS PAYMENT TO | Contract Labor - Driver for Mom | Debit | $ (142.17) | | |
| Truist4537' | 08/25/2023 | Bill.com Supporting Strat SamsonTours Inc. ACH CORP DEBIT | Supporting Strategies - Accounting service | Debit | $ (144.40) | | |
| Truist4537' | 08/25/2023 | Dania Tamayo PAYMENT ID BBT190358366 ZELLE BUSINESS PAYMENT TO | Sam the Dog - Donation | Debit | $ (160.00) | | |
| Truist4537' | 08/25/2023 | Payroll PRO SOURCE INC mson SAMSON TOURS ACH DEBIT | PRO SOURCE INC - Payroll | Debit | $ (2,786.55) | | |
| Truist4537' | 08/25/2023 | SP BISTRO MD 08-25 HTTPSWWW.BISTFL 1236 DEBIT CARD RECURRING PYMT | Food & Entertainment - Office | POS | $ (207.35) | | |
| Truist4537' | 08/25/2023 | VENDOR PMT Great American-G 5880GreatAmer ACH DEBIT | Great American - Property Insurance | Debit | $ (410.00) | | |
| Truist4537' | 08/25/2023 | WKLYCLIENT TEAM ONE OPERATI SAMSON TRUIST ACH CORP DEBIT | Team One Logistics - Payroll | Debit | $ (38,821.66) | | |
| XXXXXX5468 | 08/25/2023 | WIRE TRANSFER REF NUMBER = 000424 0 | Sent money from First Citizens to Truist to cover bills | Debit | $ (10,000.00) | | |
| Truist4537' | 08/28/2023 | ACH PMT AMEX EPAYMENT JOHN SAMBDMAN ACH CORP DEBIT | American Express - John S CC - parts | Debit | $ (925.00) | | |
| Truist4537' | 08/28/2023 | CITY OF ATL-WATERS 08-26 404-546-0311 GA 1236 DEBIT CARD PURCHASE | Utilities | POS | $ (9.31) | | |
| Truist4537' | 08/28/2023 | CONS COLL MCPHERSON COMPA3 7123SAMSON TOURS INC ACH DEBIT | Fuel | Debit | $ (1,098.38) | | |
| Truist4537' | 08/28/2023 | HP *INSTANT INK 08-26 855-785-2777 CA 1236 DEBIT CARD RECURRING PYMT | HP - Office Supplies | POS | $ (4.25) | | |
| Truist4537' | 08/28/2023 | MIDLAND CONTRACT PAYMENT SAMSONTOURS INC. ACH CORP DEBIT | Midland Purchase | Debit | $ (1,472.67) | | |

| Account | Date | Description | Memo | Type | Amount | | |
|---|---|---|---|---|---|---|---|
| Truist4537' | 08/28/2023 | PAYMENT TO CREDIT CARD ************0631 08-28-23 BUS ONLINE CREDIT CARD PMT | Payment to Truist CC0631 - Parts | Debit | $ (3,600.00) | | |
| Truist4537' | 08/28/2023 | WIRE REF# 20230828-00006705 BUSONLINE DOMESTIC WIRE | RLI Insurance Co - policy add on charge | Debit | $ (500.00) | | |
| bill.com | 08/28/2023 | O2 PLUS | O2 tanks rental | Vendor Direct Virtual Card | $ (51.84) | | |
| bill.com | 08/28/2023 | O2 PLUS | Multiple | Vendor Direct Virtual Card | $ (51.84) | | |
| Truist4537' | 08/28/2023 | AUTH PAYME Atlantic Union SamsonTours Inc. ACH CORP DEBIT | Atlantic Union - Lease Payment on 10220 | Debit | $ (6,584.88) | | |
| Truist4537' | 08/29/2023 | eCheck Blue Sky Law Samson ToursInc ACH CORP DEBIT | Blue Sky Law - Legal Representation | Debit | $ (150.00) | | |
| Truist4537' | 08/29/2023 | eCheck Blue Sky Law Samson ToursInc ACH CORP DEBIT | Blue Sky Law - Legal Representation | Debit | $ (400.00) | | |
| Truist4537' | 08/29/2023 | ONLINE TO ****9991 - TRUIST ONLINE TRANSFER | Payment to cover Samson Lifecycle Account | Debit | $ (4,000.00) | | |
| Truist4537' | 08/29/2023 | ONLINE TO ****9991 - TRUIST ONLINE TRANSFER | Payment to cover Samson Lifecycle Account | Debit | $ (6,500.00) | | |
| Truist4537' | 08/29/2023 | PAYMENTS VERIZON WIRELESS 000000002223383100000 1 ACH CORP DEBIT | Verizon Wireless - Phones | Debit | $ (258.60) | | |
| Truist4537' | 08/29/2023 | PAYPAL *ADD TO BAL 08-28 4029357733 CA 1574 DEBIT CARD PURCHASE | Payment toward corporate PayPal account | POS | $ (17.17) | | |
| bill.com | 08/29/2023 | Bridgestone Americas | Tire leasing | BILL Check | $ (639.00) | | |
| bill.com | 08/29/2023 | McPherson Companies | Fuel | BILL EFT | $ (8,031.05) | | |
| bill.com | 08/29/2023 | Sytem Cleaning Service, INC | Cleaning Services - Buses | BILL EFT | $ (7,117.29) | | |
| bill.com | 08/29/2023 | Bridgestone Americas | Multiple | BILL Check | $ (639.00) | | |
| bill.com | 08/29/2023 | McPherson Companies | 1085940 | BILL EFT | $ (8,031.05) | | |
| bill.com | 08/29/2023 | Sytem Cleaning Service, INC | Multiple | BILL EFT | $ (7,117.29) | | |
| Truist4537' | 08/30/2023 | 95610 Payoneer Inc. 576458389 INTERNET PAYMENT | Contract Labor | Debit | $ (741.97) | | |
| Truist4537' | 08/30/2023 | 95610 Payoneer Inc. 576458628 INTERNET PAYMENT | Contract Labor | Debit | $ (238.33) | | |
| Truist4537' | 08/30/2023 | 95610 Payoneer Inc. 576458644 INTERNET PAYMENT | Contract Labor | Debit | $ (207.75) | | |
| Truist4537' | 08/30/2023 | ANALYTICAL ENVRNMT 08-29 770-457-8177 GA 1574 DEBIT CARD PURCHASE | Analytical Environmental - Effluence Testing | POS | $ (538.00) | | |
| Truist4537' | 08/30/2023 | Bill.com Supporting Strat H&K Consulting ACH CORP DEBIT | Supporting Strategies - Accounting service | Debit | $ (38.00) | | |
| Truist4537' | 08/30/2023 | Bill.com Supporting Strat SamsonTours Inc. ACH CORP DEBIT | Supporting Strategies - Accounting service | Debit | $ (1,198.12) | | |
| Truist4537' | 08/30/2023 | Payroll PRO SOURCE INC mson SAMSON TOURS ACH DEBIT | PRO SOURCE INC - Payroll | Debit | $ (5,232.55) | | |
| Truist4537' | 08/31/2023 | 95695 Payoneer Inc. 577005126 INTERNET PAYMENT | Contract Labor | Debit | $ (449.68) | | |
| Truist4537' | 08/31/2023 | JUSTFLY 08-30 800-7175015 WA 1236 DEBIT CARD PURCHASE | Travel Expenses | POS | $ (173.86) | | |
| Truist4537' | 08/31/2023 | JUSTFLY.COM 08-31 800-717-5015 WA 1236 DEBIT CARD PURCHASE | Travel Expenses | POS | $ (12.00) | | |
| Truist4537' | 08/31/2023 | US ACH PHMG Samson Tour PHMG ACHCORP DEBIT | PHMG Corp - Subscription phone on hold music | Debit | $ (292.50) | | |
| Truist4537' | 08/31/2023 | WIRE REF# 20230831-00004993 BUSONLINE DOMESTIC WIRE | Wire to fund Divvy Account - Driver Trip Expenses | Debit | $ (1,500.00) | | |
| bill.com | 08/31/2023 | Kimball Midwest | Parts | Other | $ (370.74) | | |
| bill.com | 08/31/2023 | Quench USA, Inc. | QUENCH USA - Drinking water for office | Other | $ (65.29) | | |
| bill.com | 08/31/2023 | Quench USA, Inc. | QUENCH USA - Drinking water for office | Other | $ (130.56) | | |
| bill.com | 08/31/2023 | Quench USA, Inc. | QUENCH USA - Drinking water for office | Other | $ (216.95) | | |
| bill.com | 08/31/2023 | Kimball Midwest | 101125591 | Other | $ (370.74) | | |
| bill.com | 08/31/2023 | Midland State Bank | N/A | Other | $ (1,472.67) | | |
| bill.com | 08/31/2023 | Midland State Bank | N/A | Other | $ (1,472.67) | | |
| bill.com | 08/31/2023 | Quench USA, Inc. | INV05209714 | Other | $ (65.29) | | |
| bill.com | 08/31/2023 | Quench USA, Inc. | INV05209715 | Other | $ (130.56) | | |
| bill.com | 08/31/2023 | Quench USA, Inc. | INV05264136 | Other | $ (216.95) | | |
| XXXXXX5468 | 08/31/2023 | Digital Banking Fees | First Citizens Bank Fees | | $ 210.00 | | |
| XXXXXX5468 | 08/31/2023 | WIRE TRANSFER REF NUMBER = 001629 0 | Sent money from First Citizens to Truist to cover bills | | $ (5,000.00) | | |
| Truist4537' | 09/01/2023 | PAYMENT TO CREDIT CARD ************0631 09-01-23 TRUIST APP CREDIT CARD PMT | Payment to Truist CC0631 - Parts | Debit | $ (1,500.00) | | |
| Truist4537' | 09/01/2023 | SP BISTRO MD 09-01 HTTPSWWW.BISTFL 1236 DEBIT CARD RECURRING PYMT | Food & Entertainment - Office | POS | $ (207.35) | | |
| Truist4537' | 09/01/2023 | WKLYCLIENT TEAM ONE OPERATI SAMSON TRUIST ACH CORP DEBIT | Team One Logistics - Payroll | Debit | $ (38,821.65) | | |
| XXXXXX5468 | 09/01/2023 | BANKCARD MTHLY FEES ************3553 | authorize.net Merchant fees | | $ 1,325.24 | | |
| Truist4537' | 09/05/2023 | Andrea Maurer PAYMENT ID BBT192053311 ZELLE BUSINESS PAYMENT TO | Contract Labor - Driver for Mom | Debit | $ (85.95) | | |
| Truist4537' | 09/05/2023 | ATT* BILL PAYMENT 09-04 800-331-0500 TX 1236 DEBIT CARD RECURRING PYMT | AT&T - internet | POS | $ (211.85) | | |
| Truist4537' | 09/05/2023 | DR MARTY PETS 09-02 800-6701839CA 1236 DEBIT CARD PURCHASE | Pet Food | POS | $ (169.01) | | |
| Truist4537' | 09/05/2023 | EARTHLINK LLC 09-03 888-327-8454TX 1236 DEBIT CARD RECURRING PYMT | Internet | POS | $ (99.65) | | |
| Truist4537' | 09/05/2023 | IN *CRAIG SAFETY 09-01 913-4691700 MO 1236 DEBIT CARD PURCHASE | Setup fee for Compliance Safety manager | POS | $ (702.00) | | |
| Truist4537' | 09/05/2023 | NEWNAN MAIN BRANCH 09-02-23 1574TRUIST ATM CASH WITHDRAWAL | Petty Cash | ATM | $ (600.00) | | |

| Account | Date | Description | Category | Type | Amount |
|---|---|---|---|---|---|
| Truist4537' | 09/05/2023 | PAYMENT TO CREDIT CARD ***********0631 09-05-23 BUS ONLINE CREDIT CARD PMT | Payment to Truist CC0631 - Parts | Debit | $ (1,000.00) |
| Truist4537' | 09/05/2023 | STATE FARM INSURA 09-02 800-956-6310 IL 1236 DEBIT CARD RECURRING PYMT | Auto Insurance | POS | $ (111.75) |
| XXXXXX5468 | 09/05/2023 | AUTHNET GATEWAY BILLING ******5297 | authorize.net Merchant fees | | $ 43.80 |
| Truist7006 | 09/05/2023 | APPS_COMME GOOGLE US003WCU7A RECURRING INTERNET PAYMENT | Google - G Suites subscription | | ($332.32) |
| Truist7008 | 09/05/2023 | COPIERS CANON 0603869 TELEPHONEPYMNT | Canon - copiers contract | | ($234.78) |
| Truist7012 | 09/05/2023 | COPIERS CANON 0603861 TELEPHONEPYMNT | Canon - copiers contract | | ($139.87) |
| Truist7019 | 09/05/2023 | BILLING AUTHNET GATEWAY SAMSON TOURS INC ACH CORP DEBIT | authorize.net - Merchant Gateway charges | | ($25.00) |
| Truist4537' | 09/06/2023 | 96229 Payoneer Inc. 579031058 INTERNET PAYMENT | Contract Labor | Debit | $ (764.97) |
| Truist4537' | 09/06/2023 | 96229 Payoneer Inc. 579031094 INTERNET PAYMENT | Contract Labor | Debit | $ (238.56) |
| Truist4537' | 09/06/2023 | 96229 Payoneer Inc. 579032146 INTERNET PAYMENT | Contract Labor | Debit | $ (207.95) |
| Truist4537' | 09/06/2023 | 96238 Payoneer Inc. 579049963 INTERNET PAYMENT | Contract Labor | Debit | $ (450.11) |
| Truist4537' | 09/06/2023 | BILLNG MERCH BANKCARD SAMSON TOURS INC ACH CORP DEBIT | Merchant Account Fee | Debit | $ (129.90) |
| Truist4537' | 09/06/2023 | WIRE REF# 20230906-00016603 BUSONLINE DOMESTIC WIRE | Sent money from Truist to First Citizens | Debit | $ (18,000.00) |
| XXXXXX5468 | 09/06/2023 | Wire Transfer Fee | First Citizens - Bank Fees | | $ (16.00) |
| Truist7014 | 09/06/2023 | BILLING BILL.COM LLC Samson Tours Inc. ACH CORP DEBIT | bill.com - subscription | | ($46.62) |
| Truist4537' | 09/07/2023 | GPC EFT GPC 8FPK Samson Tours Inc ACH DEBIT | GA Power - Utilities | Debit | $ (1,177.58) |
| Truist4537' | 09/07/2023 | GPC EFT GPC 9FPK Samson Tours Inc ACH DEBIT | GA Power - Utilities | Debit | $ (54.28) |
| Truist4537' | 09/07/2023 | PAYMENT TO CREDIT CARD ***********0631 09-07-23 TRUIST APP CREDIT CARD PMT | Payment to Truist CC0631 - Parts | Debit | $ (2,000.00) |
| Truist4537' | 09/07/2023 | WIRE REF# 20230907-00021879 BUSONLINE DOMESTIC WIRE | Wire to fund Divvy Account - Driver Trip Expenses | Debit | $ (1,750.00) |
| Truist4537' | 09/08/2023 | ECB Fines NYC ECB FINES SAMSON TOURS INC ACH CORP DEBIT | NYC Fines for existing in the wrong way | Debit | $ (350.00) |
| Truist4537' | 09/08/2023 | Payroll PRO SOURCE INC mson SAMSON TOURS ACH DEBIT | PRO SOURCE INC - Payroll | Debit | $ (2,758.20) |
| Truist4537' | 09/08/2023 | Payroll PRO SOURCE INC mson SAMSON TOURS ACH DEBIT | PRO SOURCE INC - Payroll | Debit | $ (3,838.80) |
| Truist4537' | 09/08/2023 | SP BISTRO MD 09-08 HTTPSWWW.BISTFL 1236 DEBIT CARD RECURRING PYMT | Food & Entertainment - Office | POS | $ (207.35) |
| XXXXXX5468 | 09/08/2023 | TEAM ONE OPERATI WKLYCLIENT | Team One Logistics - Payroll | | $ 32,601.72 |
| XXXXXX5468 | 09/08/2023 | WIRE TRANSFER REF NUMBER = 000193 0 | Sent money from First Citizens to Truist to cover bills | | $ (2,500.00) |
| XXXXXX5468 | 09/08/2023 | WIRE TRANSFER REF NUMBER = 000914 0 | Sent money from First Citizens to Truist to cover bills | | $ (3,500.00) |
| Truist4537' | 09/11/2023 | ATT' BILL PAYMENT 09-08 800-331-0500 TX 1236 DEBIT CARD RECURRING PYMT | AT&T - internet | POS | $ (1,385.86) |
| Truist4537' | 09/11/2023 | Bill.com Supporting Strat H&K Consulting ACH CORP DEBIT | Supporting Strategies - Accounting service | Debit | $ (25.00) |
| Truist4537' | 09/11/2023 | CONS COLL MCPHERSON COMPA3 7123SAMSON TOURS INC ACH DEBIT | Fuel | Debit | $ (1,757.99) |
| Truist4537' | 09/11/2023 | GPC EFT GPC 4FPK Samson Tours Inc ACH DEBIT | GA Power - Utilities | Debit | $ (392.10) |
| Truist4537' | 09/11/2023 | GSCCCA 09-10 404-327-9058 GA 1236 DEBIT CARD RECURRING PYMT | GSCCA - Subscription | POS | $ (11.95) |
| Truist4537' | 09/11/2023 | PCS SVC T-MOBILE 2751143 RECURRING INTERNET PAYMENT | T-Mobile - phones and tracking devices | Debit | $ (2,787.60) |
| Truist4537' | 09/12/2023 | 4045460311 CITY OF ATL - WA PWO4SAMSON TOURS INC ACH DEBIT | City of Atlanta - Water, utilities | Debit | $ (255.75) |
| Truist4537' | 09/12/2023 | DR MARTY PETS 09-10 800-6701839CA 1236 DEBIT CARD PURCHASE | Pet Food | POS | $ (331.64) |
| Truist4537' | 09/12/2023 | ONLINE PMT BK OF AMER MC SAMBDMAN JOHN ACH CORP DEBIT | Bank of America - John S CC | Debit | $ (1,000.00) |
| Truist4537' | 09/12/2023 | PAYMENT TO CREDIT CARD ***********0631 09-12-23 BUS ONLINE CREDIT CARD PMT | Payment to Truist CC0631 - Parts | Debit | $ (1,000.00) |
| Truist4537' | 09/12/2023 | WIRE REF# 20230912-00019209 BUSONLINE DOMESTIC WIRE | Wire to fund Divvy Account - Driver Trip Expenses | Debit | $ (1,500.00) |
| Truist4537' | 09/13/2023 | 96814 Payoneer Inc. 581864969 INTERNET PAYMENT | Contract Labor | Debit | $ (779.36) |
| Truist4537' | 09/13/2023 | 96814 Payoneer Inc. 581865163 INTERNET PAYMENT | Contract Labor | Debit | $ (207.83) |
| Truist4537' | 09/13/2023 | 96814 Payoneer Inc. 581865384 INTERNET PAYMENT | Contract Labor | Debit | $ (238.42) |
| Truist4537' | 09/13/2023 | QUENCH USA INC. 09-11 888-5542782 PA 1236 DEBIT CARD PURCHASE | QUENCH USA - Drinking water for office | POS | $ (195.87) |
| Truist4537' | 09/13/2023 | WWP*ANTICIMEX GA F 09-12 770-592-1121 GA 1236 DEBIT CARD PURCHASE | Anticimex - Pest Control | POS | $ (112.00) |
| Truist4537' | 09/14/2023 | Bill.com Supporting Strat SamsonTours Inc. ACH CORP DEBIT | Supporting Strategies - Accounting service | Debit | $ (435.05) |
| Truist4537' | 09/14/2023 | WIRE REF# 20230914-00003906 BUSONLINE DOMESTIC WIRE | Wire to fund Divvy Account - Driver Trip Expenses | Debit | $ (1,000.00) |
| Truist4537' | 09/15/2023 | IN *R & R MOBILITY 09-14 770-4830767 GA 1236 DEBIT CARD PURCHASE | R&R Mobility - ADA Van Rental | POS | $ (318.86) |
| Truist4537' | 09/15/2023 | PAYMENT TO CREDIT CARD ***********0631 09-15-23 BUS ONLINE CREDIT CARD PMT | Payment to Truist CC0631 - Parts | Debit | $ (2,000.00) |

| Account | Date | Description | Category | Type | Amount | | |
|---|---|---|---|---|---|---|---|
| Truist4537' | 09/15/2023 | REPUBLIC SERVICES 09-14 866-576-5548 AZ 1236 DEBIT CARD PURCHASE | Republic Services - Trash Removal | POS | $ (1,068.10) | | |
| Truist4537' | 09/15/2023 | SP BISTRO MD 09-15 HTTPSWWW.BISTFL 1236 DEBIT CARD RECURRING PYMT | Food & Entertainment - Office | POS | $ (207.35) | | |
| bill.com | 09/15/2023 | Kimball Midwest | Parts | Vendor Direct Virtual Card | $ (879.12) | | |
| bill.com | 09/15/2023 | Kimball Midwest | 101245874 | Vendor Direct Virtual Card | $ (879.12) | | |
| XXXXX5468 | 09/15/2023 | TEAM ONE OPERATI WKLYCLIENT | Team One Logistics - Payroll | | $ 32,601.72 | | |
| Truist4537' | 09/15/2023 | ACH PMT AMEX EPAYMENT JOHN SAMBDMAN ACH CORP DEBIT | American Express - John S CC - parts | Debit | $ (640.00) | | |
| Truist4537' | 09/18/2023 | Andrea Maurer PAYMENT ID BBT194026256 ZELLE BUSINESS PAYMENT TO | Contract Labor - Driver for Mom | Debit | $ (213.11) | | |
| Truist4537' | 09/18/2023 | CLIENT ASSISTED TO ****6975 - TRUIST ONLINE CREDIT CARD PMT | CC payment | Debit | $ (736.00) | | |
| Truist4537' | 09/18/2023 | eCheck Blue Sky Law Samson ToursInc ACH CORP DEBIT | Blue Sky Law - Legal Representation | Debit | $ (600.00) | | |
| Truist4537' | 09/18/2023 | eCheck Blue Sky Law Samson ToursInc ACH CORP DEBIT | Blue Sky Law - Legal Representation | Debit | $ (2,250.00) | | |
| Truist4537' | 09/18/2023 | KNOX PEST CONTROL 09-15 888-6891079 GA 1236 DEBIT CARD PURCHASE | Pest Control Service | POS | $ (412.00) | | |
| Truist4537' | 09/18/2023 | MOBILE TO ****0631 - TRUIST ONLINE CREDIT CARD PMT | Payment to Truist CC0631 - Parts | Debit | $ (2,000.00) | | |
| bill.com | 09/18/2023 | Bridgestone Americas | Tire leasing | BILL Check | $ (1,914.49) | | |
| bill.com | 09/18/2023 | McPherson Companies | Fuel | BILL EFT | $ (13,215.75) | | |
| bill.com | 09/18/2023 | Stephen Nevin - B2B CFO | Steve Nevin - Professional Services | BILL EFT | $ (2,809.00) | | |
| bill.com | 09/18/2023 | Sytem Cleaning Service, INC | Cleaning Services - Buses | BILL EFT | $ (10,040.26) | | |
| bill.com | 09/18/2023 | Bridgestone Americas | Multiple | BILL Check | $ (1,914.49) | | |
| bill.com | 09/18/2023 | McPherson Companies | Multiple | BILL EFT | $ (13,215.75) | | |
| bill.com | 09/18/2023 | Stephen Nevin - B2B CFO | 090623SN | BILL EFT | $ (2,809.00) | | |
| bill.com | 09/18/2023 | Sytem Cleaning Service, INC | Multiple | BILL EFT | $ (10,040.26) | | |
| Truist4537' | 09/19/2023 | IN *R & R MOBILITY 09-18 770-4830767 GA 1236 DEBIT CARD PURCHASE | R&R Mobility - ADA Van Rental | POS | $ (33.71) | | |
| Truist4537' | 09/19/2023 | WIRE REF# 20230919-00020283 BUSONLINE DOMESTIC WIRE | Sent money from Truist to First Citizens | Debit | $ (50,000.00) | | |
| XXXXX5468 | 09/19/2023 | Insufficient Funds Fee from 091823 | First Citizens - Bank Fees | | $ 36.00 | | |
| XXXXX5468 | 09/19/2023 | Wire Transfer Fee | First Citizens - Bank Fees | | $ (16.00) | | |
| Truist4537' | 09/20/2023 | 97347 Payoneer Inc. 584332903 INTERNET PAYMENT | Contract Labor | Debit | $ (208.09) | | |
| Truist4537' | 09/20/2023 | 97347 Payoneer Inc. 584334061 INTERNET PAYMENT | Contract Labor | Debit | $ (238.71) | | |
| Truist4537' | 09/20/2023 | 97347 Payoneer Inc. 584334084 INTERNET PAYMENT | Contract Labor | Debit | $ (854.64) | | |
| Truist4537' | 09/20/2023 | 97350 Payoneer Inc. 584341083 INTERNET PAYMENT | Contract Labor | Debit | $ (450.40) | | |
| Truist4537' | 09/20/2023 | Andrea Maurer PAYMENT ID BBT194300808 ZELLE BUSINESS PAYMENT TO | Contract Labor - Driver for Mom | Debit | $ (73.20) | | |
| Truist4537' | 09/21/2023 | ANSWERCONNECT 09-20 800-531-5828OR 1236 DEBIT CARD PURCHASE | Answer Connect - Phone Answering Service | POS | $ (269.00) | | |
| Truist4537' | 09/21/2023 | eCheck Blue Sky Law Samson ToursInc ACH CORP DEBIT | Blue Sky Law - Legal Representation | Debit | $ (4,000.00) | | |
| Truist4537' | 09/21/2023 | PAYMENT Road Rebel BlueC 200104522784 INTERNET PAYMENT | Road Rebel - commissions | Debit | $ (1,409.80) | | |
| Truist4537' | 09/21/2023 | SERVICE CHARGES - PRIOR PERIOD | Truist Bank Fees | Fee | $ (413.00) | | |
| bill.com | 09/21/2023 | Bridgestone Americas | Tire leasing | BILL Check | $ (3,218.40) | | |
| bill.com | 09/21/2023 | McPherson Companies | Fuel | BILL EFT | $ (16,643.41) | | |
| bill.com | 09/21/2023 | Sytem Cleaning Service, INC | Cleaning Services - Buses | BILL EFT | $ (11,623.52) | | |
| bill.com | 09/21/2023 | Bridgestone Americas | 6547122126 | BILL Check | $ (3,218.40) | | |
| bill.com | 09/21/2023 | McPherson Companies | Multiple | BILL EFT | $ (16,643.41) | | |
| bill.com | 09/21/2023 | Sytem Cleaning Service, INC | Multiple | BILL EFT | $ (11,623.52) | | |
| Truist4537' | 09/22/2023 | Dania Tamayo PAYMENT ID BBT194603104 ZELLE BUSINESS PAYMENT TO | Sam the Dog - Donation | Debit | $ (312.35) | | |
| Truist4537' | 09/22/2023 | HP *INSTANT INK 09-21 855-785-2777 CA 1236 DEBIT CARD RECURRING PYMT | HP - Office Supplies | POS | $ (1.05) | | |
| Truist4537' | 09/22/2023 | ONLINE TO ****0631 - TRUIST ONLINE CREDIT CARD PMT | Payment to Truist CC0631 - Parts | Debit | $ (3,000.00) | | |
| Truist4537' | 09/22/2023 | Payroll PRO SOURCE INC mson SAMSON TOURS ACH DEBIT | PRO SOURCE INC - Payroll | Debit | $ (1,655.43) | | |
| Truist4537' | 09/22/2023 | Payroll PRO SOURCE INC mson SAMSON TOURS ACH DEBIT | PRO SOURCE INC - Payroll | Debit | $ (6,697.33) | | |
| Truist4537' | 09/22/2023 | SALE THE FALCONE LAW SAMSON TOURS INC ACH CORP DEBIT | Falcone Law - Retainer for legal services | Debit | $ (30,000.00) | | |
| Truist4537' | 09/22/2023 | SP BISTRO MD 09-22 HTTPSWWW.BISTFL 1236 DEBIT CARD RECURRING PYMT | Food & Entertainment - Office | POS | $ (207.35) | | |
| Truist4537' | 09/22/2023 | WIRE REF# 20230922-00022230 BUSONLINE DOMESTIC WIRE | Wire to fund Divvy Account - Driver Trip Expenses | Debit | $ (2,000.00) | | |
| bill.com | 09/22/2023 | O2 PLUS | O2 tanks rental | Vendor Direct Virtual Card | $ (25.92) | | |
| bill.com | 09/22/2023 | O2 PLUS | R108230097 | Vendor Direct Virtual Card | $ (25.92) | | |
| XXXXX5468 | 09/22/2023 | TEAM ONE OPERATI WKLYCLIENT | Team One Logistics - Payroll | | $ 48,668.84 | | |
| Truist4537' | 09/25/2023 | Bill.com Supporting Strat SamsonTours Inc. ACH CORP DEBIT | Supporting Strategies - Accounting service | Debit | $ (144.40) | | |
| Truist4537' | 09/25/2023 | CONS COLL MCPHERSON COMPA3 7123SAMSON TOURS INC ACH DEBIT | Fuel | Debit | $ (1,141.50) | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Truist4537' | 09/25/2023 | NUTRISYSTEM 09-22 800-585-5483 PA 1236 DEBIT CARD RECURRING PYMT | Nutrisystem - food for Mom | POS | $ | (458.33) | |
| Truist4537' | 09/25/2023 | P2P EVE JOHN SAMBDMAN INTERNET PAYMENT | Payment to cover John Sambdman medical treatment | Debit | $ | (500.00) | |
| Truist4537' | 09/25/2023 | Payroll PRO SOURCE INC mson SAMSON TOURS ACH DEBIT | PRO SOURCE INC - Payroll | Debit | $ | (518.70) | |
| Truist4537' | 09/25/2023 | TRADER ON THE STRE 09-22 TRADERONTHEST UT 1236 DEBIT CARD RECURRING PYMT | Trader On the Street - Subscription | POS | $ | (35.00) | |
| Truist4537' | 09/25/2023 | YANCEY POWER MOREL 09-22 678-9454057 GA 1236 DEBIT CARD PURCHASE | Yancey Power - Parts and Labor | POS | $ | (1,319.10) | |
| Truist4537' | 09/26/2023 | FRANK INGRAM 09-25 WOODSTOCK GA1236 DEBIT CARD PURCHASE | Frank Ingram - Parts | POS | $ | (240.00) | |
| Truist4537' | 09/26/2023 | HP *INSTANT INK 09-26 855-785-2777 CA 1236 DEBIT CARD RECURRING PYMT | HP - Office Supplies | POS | $ | (4.25) | |
| Truist4537' | 09/26/2023 | VENDOR PMT Great American-G 3641GreatAmer ACH DEBIT | Great American - Property Insurance | Debit | $ | (410.00) | |
| XXXXXX5468 | 09/26/2023 | WIRE TRANSFER REF NUMBER = 001125 0 | Sent money from First Citizens to Truist to cover Insurance payment to National Indemnity | | $ | (35,000.00) | |
| Truist4537' | 09/27/2023 | 97853 Payoneer Inc. 586939378 INTERNET PAYMENT | Contract Labor | Debit | $ | (448.49) | |
| Truist4537' | 09/27/2023 | 97853 Payoneer Inc. 586939492 INTERNET PAYMENT | Contract Labor | Debit | $ | (518.01) | |
| Truist4537' | 09/27/2023 | 97853 Payoneer Inc. 586939569 INTERNET PAYMENT | Contract Labor | Debit | $ | (237.70) | |
| Truist4537' | 09/27/2023 | 97853 Payoneer Inc. 586939717 INTERNET PAYMENT | Contract Labor | Debit | $ | (207.20) | |
| Truist4537' | 09/27/2023 | Bill.com Supporting Strat H&K Consulting ACH CORP DEBIT | Supporting Strategies - Accounting service | Debit | $ | (45.60) | |
| Truist4537' | 09/27/2023 | Bill.com Supporting Strat SamsonTours Inc. ACH CORP DEBIT | Supporting Strategies - Accounting service | Debit | $ | (427.14) | |
| Truist4537' | 09/27/2023 | ONLINE TO ****6975 - TRUIST ONLINE CREDIT CARD PMT | Payment to Truist CC6975 - Parts | Debit | $ | (5,000.00) | |
| Truist4537' | 09/27/2023 | WIRE REF# 20230927-00016259 BUSONLINE DOMESTIC WIRE | Sent money from Truist to First Citizens | Debit | $ | (55,000.00) | |
| XXXXXX5468 | 09/27/2023 | Wire Transfer Fee | First Citizens - Bank Fees | | $ | (16.00) | |
| Truist4537' | 09/28/2023 | ACH PMT AMEX EPAYMENT JOHN SAMBDMAN ACH CORP DEBIT | American Express - John S CC - parts | Debit | $ | (925.00) | |
| Truist4537' | 09/28/2023 | PAYMENTS HILB GROUP OF NE SAMSONTOURS INC ACH CORP DEBIT | HILB Group - Insurance | Debit | $ | (100.00) | |
| Truist4537' | 09/28/2023 | PAYMENTS HILB GROUP OF NE SAMSONTOURS INC ACH CORP DEBIT | HILB Group - Insurance | Debit | $ | (79,522.05) | |
| Truist4537' | 09/28/2023 | WIRE REF# 20230928-00016129 BUSONLINE DOMESTIC WIRE | Sent money from Truist to First Citizens | Debit | $ | (50,000.00) | |
| bill.com | 09/28/2023 | McPherson Companies | Fuel | BILL EFT | $ | (7,563.60) | |
| bill.com | 09/28/2023 | Sytem Cleaning Service, INC | Cleaning Services - Buses | BILL EFT | $ | (10,603.44) | |
| bill.com | 09/28/2023 | McPherson Companies | 1093253 | BILL EFT | $ | (7,563.60) | |
| bill.com | 09/28/2023 | Sytem Cleaning Service, INC | Multiple | BILL EFT | $ | (10,603.44) | |
| XXXXXX5468 | 09/28/2023 | Wire Transfer Fee | First Citizens - Bank Fees | | $ | (16.00) | |
| XXXXXX5468 | 09/29/2023 | TELLER YI1D     BRANCH  944 | Sent money from First Citizens to Truist to cover payroll | | $ | (25,000.00) | |

# United States Bankruptcy Court
## Northern District of Georgia

In re    Samson Tours Inc,

_____    Case No.  _____
                    Debtor(s)           Chapter     11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| John K. Sambdman | | | 22.33% |
| Kevin M. Sambdman | | | 22.33% |
| Mary Patricia Sambdman | | | 33.33% |
| Thomas H. Sambdman | | | 22.33% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    October 6, 2023                    Signature   /s/  John Sambdman
_____            _____
                                 John Sambdman

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Georgia

In re   Samson Tours Inc,                                     Case No. _____

                                       Debtor(s)          Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept a RETAINER FEE OF | $ | 30,000.00 |
| Prior to the filing of this statement I have received ........................................................ | $ | 30,000.00 |
| Balance Due ........................................................................................................... | $ | 0.00 |

2.   The source of the compensation paid to me was:

     ☒ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ☒ Debtor      ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
     Advice, assistance, representation, and preparation of all documents necessary for the proper administration of the Chapter 11casefortheDebtor.
     ALL FEES ARE BILLED ON AN HOURLY BASIS SUBJECT TO APPROVAL BY THE COURT

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| October 6, 2023 | /s/ Ian Falcone |
| *Date* | Ian Falcone 254470 |
| | *Signature of Attorney* |
| | The Falcone Law Firm, PC |
| | 363 Lawrence St NE |
| | Marietta, GA 30060-2056 |
| | (770) 426-9359   Fax: |
| | imf@falconefirm.com |
| | *Name of law firm* |

---

# United States Bankruptcy Court
## Northern District of Georgia

In re    Samson Tours Inc,

          Debtor(s)

Case No.

Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    October 6, 2023

/s/  John Sambdman

 John Sambdman/CEO

Signer/Title

American Express
PO Box 60189
City of Industry, CA 91716-0189


Atlantic Union Equipment Finance
2475 Northwinds Parkway Suite 330
Alpharetta, GA 30009


B2B CFO Partners LLC
1089 Bridge Mill Ave
Canton, GA 30114


Bank of America
PO Box 672050
Dallas, TX 75267-2050


Bridgestone Americas
PO Box 70249
Chicago, IL 60673-0249


East Penn Manufacturing
PO Box 1976
Norcross, GA 30091


Harold & Kirk Consulting
3745 Zip Industrial Blvd SE
Atlanta, GA 30354


JE Dunn Construction Company
Attn:  Nicki Coates
1001 Locust Street
Kansas City, MO 64106


John K. Sambdman
31 Dolphin AVe
Ormond Beach, FL 32176


McPherson Companies
5051 Cardinal St
Trussville, AL 35173


Merrick Garland
Attorney General of the U.S
U.S. Department of Justice 950 Pennsylva
Washington, DC 20530-0001


Midland Lease
1801 Park 270 Drive Suite 200
Saint Louis, MO 63146


Midland Lease
1801 Park 270 Drive Suite 200
Saint Louis, MO 63146

```
Midland State Bank
1801 Park 270 Drive Suite 200
Saint Louis, MO 63146


Nextwave Enterprises LLC c/o
Ferreyros Law PLLC
3785 NW 82 Ave Suite 304
Miami, FL 33166


On Deck Capital Inc
4201 Wilson Blvd Ste 110-209
Arlington, VA 22203


Purpose Built Schools Atlanta
Attn:  James Flagg
1670 Benjamin Weldon Bickers Drive SE
Atlanta, GA 30315


RLI Insurance Company
9025 N. Lindbergh Drive
Peoria, IL 61615


RLI Insurance Company
2970 Clairmont Ave, NE
Atlanta, GA 30329


Small Business Administration
2 North St Suite 320
Birmingham, AL 35203


Sumitomo Mitsui Finance and Leasing Co
666 Third Ave 8th floor
New York, NY 10017


Sumitomo Mitsui Financing and Leasing Co
666 Third Ave 8th Floor
New York, NY 10017


Supporting Strategies
458 Indian Hills Trail
Marietta, GA 30068


Sytem Cleaning Service Inc
556 Oak St
Atlanta, GA 30354


The First Bank
101 N Main St
Jonesboro, GA 30236


The First Bank
300 S Main St
Hinesville, GA 31313
```

```
Tom H Sambdman
106 John C Hunter Rd
Sharpsburg, GA 30277


Truist
Truist Item Processing Center
PO Box 580050
Charlotte, NC 28258-0050


United States Attorney
Northern District of GA, Civil Process C
75 Ted Turner Dr, SW, Suite 600
Atlanta, GA 30303-3309


US Small Business Administration c/o
Terri L. Denison, District Director
GA District Office 233 Peachtree St NE,
Atlanta, GA 30303


VFS Leasing Co-Volvo
7025 Albert Pick Rd
Suite 105 PO Box 26131
Greensboro, NC 27402-6131


Wings for Kids
1465 Northside Drive. STE 212
Atlanta, GA 30318
```

# United States Bankruptcy Court
## Northern District of Georgia

In re   Samson Tours Inc,               Case No.                         
                                Debtor(s)          Chapter    11                   

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Samson Tours Inc,   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

October 6, 2023                                     /s/ Ian Falcone
Date                                                   Ian Falcone 254470
                                                    Signature of Attorney or Litigant
                                                      Counsel for   Samson Tours Inc,
                                                      The Falcone Law Firm, PC
                                                      363 Lawrence St NE
                                                      Marietta, GA 30060-2056
                                                      (770) 426-9359  Fax:
                                                      imf@falconefirm.com